**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-30531 |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | $        1,920,825.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $        30,479.43 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $        1,951,304.43 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        4,271,695.30 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F..........................* | $        21,143.71 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.............................* | $        7,288.00 |
| | **Your total liabilities** | $        4,300,127.01 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...........................................................* | $        5,400.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.......................................................* | $        6,682.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **David Aldean Everritt**                          Case number *(if known)*  **16-30531**

8.  **From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 21,143.71 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 21,143.71 |

| Fill in this information to identify your case and this filing: |
|---|

Debtor 1     **David Aldean Everritt**
_____
First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  _____
First Name              Middle Name              Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number    16-30531
_____

☐ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**900 N. Devilliers Street**
_____
Street address, if available, or other description

**Pensacola**          **FL**    **32501-0000**
_____
City                        State      ZIP Code

**Escambia**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $46,000.00 | $46,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*  **16-30531**

**If you own or have more than one, list here:**

1.2

**1020 N Reus Street**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola          FL      32501-0000**
City              State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$192,000.00** | **$192,000.00** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Escambia**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

1.3

**If you own or have more than one, list here:**

**424 W. Desoto St.**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola          FL      32501-0000**
City              State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$65,000.00** | **$65,000.00** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Escambia**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    David Aldean Everritt                                          Case number (if known)   16-30531

**If you own or have more than one, list here:**

1.4

1206 N. Devilliers St.
_____
Street address, if available, or other description

| What is the property? Check all that apply |
|---|
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ■ Investment property |
| ☐ Timeshare |
| ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $67,000.00 | $67,000.00 |

Pensacola        FL        32501-0000
City              State      ZIP Code

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Escambia
_____
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.5

1119 N. Devilliers St.
_____
Street address, if available, or other description

| What is the property? Check all that apply |
|---|
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ■ Investment property |
| ☐ Timeshare |
| ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $55,000.00 | $55,000.00 |

Pensacola        FL        32501-0000
City              State      ZIP Code

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Escambia
_____
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1    **David Aldean Everritt**                                Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.6

**514 W. Gonzalez Street**
Street address, if available, or other description

| | |
|---|---|
| City | Pensacola |
| State | FL |
| ZIP Code | 32501-0000 |

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $45,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.7

**1023 N. Devilliers Street**
Street address, if available, or other description

| | |
|---|---|
| City | Pensacola |
| State | FL |
| ZIP Code | 32501-0000 |

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $170,000.00 | $170,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    David Aldean Everritt                                    Case number (if known)   16-30531

**If you own or have more than one, list here:**

1.8

| 1019 N. Devilliers Street | | | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?** $32,000.00

**Current value of the portion you own?** $32,000.00

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

fee Simple

Escambia

County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.9

| 1005 N. Devilliers Street | | | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?** $65,000.00

**Current value of the portion you own?** $65,000.00

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

Escambia

County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    David Aldean Everritt                                    Case number *(if known)*   16-30531

**If you own or have more than one, list here:**

1.10

**500 Blk W Strong Street**
Street address, if available, or other description

**Pensacola**        **FL**    **32501-0000**
City                State      ZIP Code

**Escambia**
County

**What is the property?** Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,200.00 | $2,200.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- [ ] Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.11

**520 W. Strong Street**
Street address, if available, or other description

**Pensacola**        **FL**    **32501-0000**
City                State      ZIP Code

**Escambia**
County

**What is the property?** Check all that apply
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $42,000.00 | $42,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                                  Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.1 2

**923 N Devilliers Street**
Street address, if available, or other description

**Pensacola**        **FL**    **32501-0000**
City                State        ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,000.00** | **$46,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.1 3

**909 N Devilliers Street**
Street address, if available, or other description

**Pensacola**        **FL**    **32501-0000**
City                State        ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$68,000.00** | **$68,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **David Aldean Everritt**                                           Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.14

**903 N. Devilliers Street**

Street address, if available, or other description

**Pensacola**      **FL**    **32501-0000**

City                State       ZIP Code

**Escambia**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $101,000.00 | $101,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.15

**901 N. Devilliers Street**

Street address, if available, or other description

**Pensacola**      **FL**    **32501-0000**

City                State       ZIP Code

**Escambia**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,000.00 | $51,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                              Case number *(if known)*   **16-30531**

**1.1 6**

**If you own or have more than one, list here:**

**516 W. Strong Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $85,000.00 | $85,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.1 7**

**If you own or have more than one, list here:**

**518 West Strong Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $56,000.00 | $56,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

**1.18**

**If you own or have more than one, list here:**

**500 W. Gregory Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32502-0000** |
| City | State | ZIP Code |

**Escambla**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$77,000.00** | **$77,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.19**

**If you own or have more than one, list here:**

**625 W Lloyd Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambla**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,000.00** | **$46,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.2
0

**711 W. Gonzalez Street**

Street address, if available, or other description

| **What is the property?** Check all that apply |
|---|
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ■ Investment property |
| ☐ Timeshare |
| ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola    FL    32501-0000**

City        State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $33,000.00 | $33,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Escambia**

County

☐ Debtor 2 only

**fee simple**

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.2
1

**811 W. Mallory Street**

Street address, if available, or other description

| **What is the property?** Check all that apply |
|---|
| ■ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ■ Investment property |
| ☐ Timeshare |
| ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola    FL    32501-0000**

City        State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $57,000.00 | $57,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Escambia**

County

☐ Debtor 2 only

**Fee Simple**

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Official Form 106A/B                          Schedule A/B: Property                          page 11

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **David Aldean Everitt**                                                                      Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.2
2

**900 North Pace Blvd.**

Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Pensacola**     **FL**     **32501-0000**

City       State     ZIP Code

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$58,000.00** | **$58,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

**Escambia**

County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.2
3

**1011 N. A Street**

Street address, if available, or other description

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Pensacola**     **FL**     **32501-0000**

City       State     ZIP Code

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$76,000.00** | **$76,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Escambia**

County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property** (see instructions)

---

Debtor 1    David Aldean Everritt                                    Case number *(if known)*    16-30531

**If you own or have more than one, list here:**

1.2
4

**1017 N Devilliers St**
Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,000.00** | **$54,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

- ☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.2
5

**1121 N. Devilliers**
Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,000.00** | **$54,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

- ☐ Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                         Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.2
6

**2000 N. Barcelona St**
Street address, if available, or other description

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,000.00 | $70,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.2
7

**911 N. Devilliers**
Street address, if available, or other description

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $67,000.00 | $67,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.2
8

**709 W. Gonzalez Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.2
9

**907 N. Devilliers St.**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$80,000.00** | **$80,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- ☐ Check if this is community property (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                    Case number (*if known*)    **16-30531**

**1.30**

**If you own or have more than one, list here:**

| | | |
|---|---|---|
| **1002 Devilliers** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Pensacola**    **FL**    **32501-0000** | ☐ Land | **Current value of the entire property?** / **Current value of the portion you own?** |
| City    State    ZIP Code | ☐ Investment property | **Unknown**    **Unknown** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | **Fee Simple** |
| **Escambia** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

---

**1.31**

**If you own or have more than one, list here:**

| | | |
|---|---|---|
| **Devilliers/Gonzalez Lot** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Pensacola**    **FL**    **32501-0000** | ■ Land | **Current value of the entire property?** / **Current value of the portion you own?** |
| City    State    ZIP Code | ■ Investment property | **$35,625.00**    **$35,625.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | **Fee Simple** |
| **Escambia** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................................=>

| **$1,920,825.00** |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | David Aldean Everritt | Case number *(if known)* | 16-30531 |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **2002** | ■ Debtor 1 only | |
| | Year: | **1973** | ☐ Debtor 2 only | |
| | Approximate mileage: | **94530** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Not Running/ Rust** | | ☐ Check if this is community property (see instructions) | $2,500.00 / $2,500.00 |

| 3.2 | Make: | **Buick** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Super** | ■ Debtor 1 only | |
| | Year: | **1957** | ☐ Debtor 2 only | |
| | Approximate mileage: | **57684** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $6,500.00 / $6,500.00 |

| 3.3 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Escalade** | ■ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | **197210** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **used for Personal and Business** | | ☐ Check if this is community property (see instructions) | $5,000.00 / $5,000.00 |

| 3.4 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Express 2500** | ■ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | **246000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Business** | | ☐ Check if this is community property (see instructions) | $1,700.00 / $1,700.00 |

| 3.5 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Box Truck** | ■ Debtor 1 only | |
| | Year: | **1992** | ☐ Debtor 2 only | |
| | Approximate mileage: | **126000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Business (was unable to pull value from Kelly Blue Book or NADA Guides)** | | ☐ Check if this is community property (see instructions) | $1,000.00 / $1,000.00 |

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*   **16-30531**

| 3.6 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.6  Make: **Dodge**
Model: **B350**
Year: **1992**
Approximate mileage: **278000**
Other information:
**Business**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $650.00 | $650.00 |

3.7  Make: **Chevrolet**
Model: **Corvair**
Year: **1966**
Approximate mileage: **76000**
Other information:
**Monza**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>   | $20,850.00 |

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

Debtor 1   **David Aldean Everitt**                                    Case number *(if known)*  **16-30531**

**222 East Government Street  (residence- owned by East Hill Properties):**
Couch and Loveseat: $300.00
Living room chairs(3): $75.00
End Tables (1): $20.00
Washer: $100.00
Dryer: $100.00
Sewing machine: $25.00
Microwave: $25.00
Toaster oven: $30.00
Vacuum cleaner: $200.00
Coffee Maker: $25.00
Lawn Mower: $200.00
Pots, pans, etc. : $25.00
Dishes & Flatware: $25.00
Linens & Towels:$20.00
Night Stands(2): $50.00
Bar stools (2): $300.00
Chairs (5): $200.00
refrigerator: $350.00
Entertainment Center/TV Stand: $275.00
Coffee Table: $150.00
Lamps (7): $125.00
Office Furniture: $100.00
Organ: $300.00
Clocks (12): $300.00
Dining Table: $300.00
Dining Chairs (2): $50.00
Bedroom Lamps (17): $200.00
Chest-of-Drawers: $100.00
Queen Bed: $150.00
King bed: $500.00
Garage Tools (1 Drill, 1 Multi-tool kit): $150.00
Patio Furniture: $250.00
Misc furniture (Umbrella Stand, 4 book cases, 7 mirrors, assorted rugs) $1200.00                                                                $5,950.00

**424/1002 Devilliers (Duplex)**
424- Appliances only
1002 - Fully Furnished:
Coach
Living Room Chair
2 stackable washer and dryer combos
2 microwaves
Pots, pans, etc.- 1 set
Dishes & Flatware- 1 set
Linens & Towels - 1 set
Refriegators (2)
Entertainment Center/TV Stand
Lamps (2)
Desk
Office Chair
Dining Table
4 Chairs
Hutch
Double Bed
Queen Bed
Bedroom Lamps (3)
Chest-of_Drawers
Patio Set                                                                                   Unknown

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

---

**500 W. Gregory Street- Appliances only**
**2 Washer/Dryer Stackable combos**
**2 Microwaves**
**2 refrigerators**

Unknown

---

**514 Gonzalez - Appliances only**
**Washer/Dryer Stack**
**Microwave**
**Refrigerator**

Unknown

---

**516 Unit A West Strong St:**
**Appliances only**
**Washer**
**Dryer**
**Refrigerator**

Unknown

---

**516 Unit B West Strong St:**
**Couch**
**Living Room Chair**
**2 End Tables**
**Washer**
**Dryer**
**Microwave**
**1 set pots, pans, etc.**
**1 set dishes and flatware**
**1 set linens & towels**
**Refrigerator**
**TV Stand**
**Queen Bed**
**Chest-of-Drawers**
**Patio Set**

Unknown

---

**518 Strong Street Units A & B:**
**Washer (1)**
**Dryer (1):**
**1 stackable washer and dryer**
**Refrigerators (2)**
**Misc. Furniture**

Unknown

---

**520 West Strong Street**
**Washer**
**Dryer**
**Refrigerator**

Unknown

---

**625 Lloyd Street:**
**Washer/Dryer Stack**
**Microwave**
**Refrigerator**

Unknown

---

**709 W. Gonzalez**
**Washer/Dryer stack**
**Microwave**
**Refrigerator**

Unknown

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*   **16-30531**

> **711 Gonzalez:**
> **Washer**
> **Dryer**
> **Microwave**
> **Refrigerator**                                                             **Unknown**

> **811 Mallory Street A & B:**
> **Washer/Dryer Stack (2)**
> **Microwave (2)**
> **Refrigerator (2)**                                                           **Unknown**

> **900 N. Pace Blvd A&B:**
> **Washer/Dryer stack (2)**
> **Microwave (2)**
> **Refrigerator (2)**
> **Misc Furniture**                                                            **Unknown**

> **901 N. Devilliers Street A,B & C:**
> **Washer/Dryer stack (3)**
> **Microwave (3)**
> **Refrigerator (3)**
> **Misc Furniture**                                                            **Unknown**

> **903 N. Devilliers St.:**
> **Washer**
> **Dryer**
> **Microwave**
> **Refrigerator**                                                             **Unknown**

> **907 N. Devilliers:**
> **Washer**
> **Dryer**
> **Microwave**
> **Refrigerator**                                                             **Unknown**

> **909 N. Devilliers:**
> **Washer**
> **Dryer**
> **Microwave**
> **Refrigerator**                                                             **Unknown**

> **911 N. Devilliers Street A & B:**
> **Washer/Dryer Stack (2)**
> **Microwaves (2)**
> **Refrigerator (2)**
> **Misc. Furniture**                                                           **Unknown**

> **923 N. Devilliers A & B:**
> **Washer**
> **Dryer**
> **Microwaves (2)**
> **Refrigerators (2)**
> **Misc. Furniture**                                                           **Unknown**

Debtor 1    **David Aldean Everritt**                                   Case number *(if known)*   **16-30531**

**1005 N. Devilliers A & B:**
**Washer**
**Dryer**
**Washer/Dryer Stack**
**Microwaves (2)**
**Refrigerators (2)**
**Misc. Furniture**                                                                    **Unknown**

**1011 A Street:**
**Washer/dryer stack**
**Microwave**
**Refrigerator**                                                                      **Unknown**

**1013 N. Devilliers Street**
**Washer/Dryer stack**
**Microwave**
**Refrigerator**                                                                      **Unknown**

**1015 N. A Street**
**Washer/dryer Stack**
**Microwave**
**Refrigerator**                                                                      **Unknown**

**1017 1/2 N. Devilliers A & B**
**Washer/Dryer Stack (2)**
**Microwave (2)**
**Refrigerator (2)**
**Misc. Furniture**                                                                    **Unknown**

**1019 N. Devilliers Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**                                                                      **Unknown**

**1020 N. Reus Street:**
**Washer**
**Dryer**
**Microwave**
**Refrigerator (2)**
**Pictures**
**Misc. Furniture**                                                                    **Unknown**

**1023 N. Devilliers Street**
**Washer/Dryer Stack (5)**
**Microwave (5)**
**Refrigerator (5)**                                                                   **Unknown**

**1119 N. Devilliers Street**
**Washer/dryer Stack**
**Microwave**
**refrigerator**                                                                      **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**    Case number (if known)    **16-30531**

---

**1121 N. Devilliers Street**
**Washer/Dryer Stack**
**Microwave**
**Refrigerator**

Unknown

---

**1206 N. Devilliers Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**

Unknown

---

**2000 Barcelona Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**

Unknown

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

**222 E. Government Street:**
**1 Computer and 1 Tablet: $150.00**
**2 Faux Antique Radios: $50.00**
**Stereo: $150.00**
**Television: $50.00**
**DVD/Blu-Ray: $20.00**
**Cell Phone: $50.00**

$470.00

---

**516 Unit B West Strong Street-**
**Television**
**DVD/Blu-Ray**

Unknown

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

**Cameras:**
**Canon EOS 70D: $100.00**
**Canon 1200: $100.00**

$200.00

---

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **David Aldean Everritt**                                      Case number *(if known)*   **16-30531**

| Glock 380<br>Smith & Wesson 9 MM<br>Smith & Wesson 380 | $500.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| 22 Shirts, 13 Slacks, 11 Shorts, 25 Shoes, Assorted Tshirts,<br>undergarments | $50.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....

| Pictures (56): $500.00<br>CDs/DVDs/Blu-Rays (192): $200.00<br>Books (150): $100.00<br>Art Objects: $35.00 | $835.00 |
|---|---|

| Anytime Fitness - Gym membership - $45.00 a month | $0.00 |
|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | **$8,005.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?                           Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes...........................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.........................                          Institution name:

| 17.1. | **Bank of America** | $19.27 |
|---|---|---|

Debtor 1    **David Aldean Everritt**                                      Case number *(if known)*  **16-30531**

| | | |
|---|---|---|
| 17.2. | **Applied Bank** | $1,310.16 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................            Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
           Name of entity:                              % of ownership:

| | | | | |
|---|---|---|---|---|
| **North Hill Properties, LLC - Real Estate Holding** | **4** | % | | **Unknown** |
| **Red Door Property, LLC - Real Estate Brokerage** | **100** | % | | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
           Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
           Type of account:              Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................            Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                      Current value of the

Debtor 1    **David Aldean Everritt**                                            Case number *(if known)*  **16-30531**

portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Life Insurance - Term - No cash value | | $0.00 |
   | Life Insurance - Term- No Cash Value | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here.................................................................................................................

   | |
   |---|
   | $1,329.43 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

Current value of the

Official Form 106A/B                          Schedule A/B: Property                                    page 26

| Debtor 1 | **David Aldean Everritt** | | Case number *(if known)* | **16-30531** |
|---|---|---|---|---|

**portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ■ No
- ☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ■ Yes. Describe.....

| | |
|---|---|
| Pressure Washer: $100.00<br>Misc. Yard Tools $20.00<br>Mower $50.00<br>Weed Eater $15.00<br>Hedge Trimmer - $15.00<br>Edger- $15.00<br>3 Chainsaws: $60.00<br>Misc. Hand Tools (Hammers, Saw, Compressor, etc) $20.00 | $295.00 |

**41. Inventory**
- ■ No
- ☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
  - Name of entity:        % of ownership:

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ■ No
  - ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................................................................

| | |
|---|---|
| | $295.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Debtor 1   **David Aldean Everritt** _____   Case number *(if known)*   **16-30531**

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

|  | **$0.00** |
|---|---|

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ................................................................................... | | | **$1,920,825.00** |
| 56.  **Part 2: Total vehicles, line 5** | **$20,850.00** | | |
| 57.  **Part 3: Total personal and household items, line 15** | **$8,005.00** | | |
| 58.  **Part 4: Total financial assets, line 36** | **$1,329.43** | | |
| 59.  **Part 5: Total business-related property, line 45** | **$295.00** | | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61.  **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62.  **Total personal property.** Add lines 56 through 61... | **$30,479.43** | Copy personal property total | **$30,479.43** |

**63.  Total of all property on Schedule A/B.** Add line 55 + line 62

|  | **$1,951,304.43** |
|---|---|

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Aldean Everritt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 16-30531 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2003 Cadillac Escalade 197210 miles used for Personal and Business**  Line from Schedule A/B: **3.3** | $5,000.00 | ■  $1,000.00  ☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **222 East Government Street (residence- owned by East Hill Properties):**  **Couch and Loveseat: $300.00**  **Living room chairs(3): $75.00**  **End Tables (1): $20.00**  **Washer: $100.00**  **Dryer: $100.00**  **Sewing machine: $25.00**  **Microwave: $25.00**  **Toaster oven: $30.00**  Line from Schedule A/B: **6.1** | $5,950.00 | ■  $1,000.00  ☐  100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Life Insurance - Term - No cash value**  Line from Schedule A/B: **31.1** | $0.00 | ■  $0.00  ☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                                    Case number (if known)    __16-30531__

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Life Insurance - Term- No Cash Value**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■      $0.00<br><br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ☐     No

         ☐     Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 16-30531 |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|---|
| **2.1 ASC** Creditor's Name | Describe the property that secures the claim:<br>**500 W. Gregory Street Pensacola, FL 32502 Escambia County** | **$208,293.58** | **$77,000.00** | **$131,293.58** |

**PO Box 51119**
**Los Angeles, CA 90051**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Mortgage

Date debt was incurred ___    Last 4 digits of account number  0572

| | | | | |
|---|---|---|---|---|
| **2.2 ASC** Creditor's Name | Describe the property that secures the claim:<br>**518 West Strong Street Pensacola, FL 32501 Escambia County** | **$98,031.00** | **$56,000.00** | **$42,031.00** |

**PO Box 51119**
**Los Angeles, CA 90051**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Mortgage

Date debt was incurred ___    Last 4 digits of account number  9660

| Debtor 1 | **David Aldean Everritt** | | Case number (if known) | **16-30531** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

---

| 2.3 | **Bayview Financial Loan** | Describe the property that secures the claim: | $126,936.00 | $54,000.00 | $72,936.00 |
|---|---|---|---|---|---|

Creditor's Name
**Bankruptcy Dept
4425 Ponce De Leon Blvd.
5th Floor
Miami, FL 33146**
Number, Street, City, State & Zip Code

**1121 N. Devilliers Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   mortgage

Date debt was incurred  **01/2007**      Last 4 digits of account number   **7926**

---

| 2.4 | **Caliber Home Loans, Inc.** | Describe the property that secures the claim: | $113,500.00 | $46,000.00 | $67,500.00 |
|---|---|---|---|---|---|

Creditor's Name
**PO Box 650856
Dallas, TX 75265-0856**
Number, Street, City, State & Zip Code

**900 N. Devilliers Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **10/2015**      Last 4 digits of account number   **1211**

---

| 2.5 | **Citimortgage** | Describe the property that secures the claim: | $168,395.00 | $85,000.00 | $83,395.00 |
|---|---|---|---|---|---|

Creditor's Name
**Attn: Bankruptcy
PO Box 6423
Sioux Falls, SD 57117**
Number, Street, City, State & Zip Code

**516 W. Strong Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Mortgage

Date debt was incurred  **09/2006**      Last 4 digits of account number   **6654**

---

| 2.6 | **Coastal Bank & Trust/Synovus** | Describe the property that secures the claim: | $30,000.00 | $56,000.00 | $30,000.00 |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **David Aldean Everritt**
    First Name     Middle Name      Last Name

Case number (if known)   **16-30531**

---

Creditor's Name

**125 Romana Street #224
Pensacola, FL 32502**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

**518 West Strong Street Pensacola,
FL 32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) _____

Last 4 digits of account number    **5039**

---

| 2.7 | **Coastal Bank /Synovus** | | | |
|---|---|---|---|---|

Creditor's Name

**125 West Romana Street
Pensacola, FL 32502**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:    **$156,016.00**    **$67,000.00**    **$89,016.00**

**911 N. Devilliers Pensacola, FL
32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Last 4 digits of account number    **5037**

---

| 2.8 | **Coastal Bank /Synovus** | | | |
|---|---|---|---|---|

Creditor's Name

**125 West Romana Street
# 224
Pensacola, FL 32502**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:    **$753,479.00**    **$170,000.00**    **$583,479.00**

**1023 N. Devilliers Street Pensacola,
FL 32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Last 4 digits of account number    **0041**

---

| 2.9 | **Deutsche Bank National Trust Company** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

---

Debtor 1   **David Aldean Everritt**
First Name   Middle Name   Last Name

Case number (if known)   **16-30531**

---

Creditor's Name

**2015 CA 000403 Deutsche Bank v. David Everritt, et al**

**c/o Albertelli Law
PO Box 23028
Tampa, FL 33623**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.10 | **Ditech** | | $74,327.00 | $65,000.00 | $9,327.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**1005 N. Devilliers Street Pensacola, FL 32501 Escambia County**

**PO Box 6172
Rapid City, SD 57709**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred  **02/2003**   Last 4 digits of account number  **0627**

---

| 2.11 | **Ditech** | | $57,077.00 | $55,000.00 | $2,077.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**1119 N. Devilliers St. Pensacola, FL 32501 Escambia County**

**PO Box 6172
Rapid City, SD 57709**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred  **04/2003**   Last 4 digits of account number  **8127**

---

| 2.12 | **Homer H. Graham** | Describe the property that secures the claim: | $93,000.00 | $58,000.00 | $35,000.00 |
|---|---|---|---|---|---|

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **David Aldean Everritt**
First Name   Middle Name   Last Name

Case number (if known)  **16-30531**

---

Creditor's Name

PO Box 276
Little Switzerland, NC
28749

Number, Street, City, State & Zip Code

| **900 North Pace Blvd. Pensacola, FL 32501 Escambia County** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 3 | **Homer H. Graham** | Describe the property that secures the claim: | $14,669.00 | $35,625.00 | $0.00 |

Creditor's Name

PO Box 276
Little Switzerland, NC
28749

Number, Street, City, State & Zip Code

**Devilliers/Gonzalez Lot Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 4 | **Homer H. Graham IRA** | Describe the property that secures the claim: | $32,000.00 | $67,000.00 | $32,000.00 |

Creditor's Name

PO Box 276
Little Switzerland, NC
28749

Number, Street, City, State & Zip Code

**1206 N. Devilliers St. Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Second Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 5 | **HSBC Bank NA** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 5 of 20

Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**
_____
First Name    Middle Name    Last Name

Case number (if know)    **16-30531**

---

Creditor's Name

**c/o Helen Skala
4630 Woodland
Corporate Blvd.
Tampa, FL 33614**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**2015 CA 000603  HSBC Bank v. David Everritt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.1 6 | **HSBC Bank USA NA** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/oPhelan Hallinan
Diamond & Jones PLLC
2727 W Cypress Creek
Rd.
Fort Lauderdale, FL
33309**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**2015 CA 000588 HSBC v. David Everritt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.1 7 | **HSBC Bank USA NA** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o Andra Brumberg Esq.
2731 1st St NE
Saint Petersburg, FL
33704**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**2015 CA 000649 HSBC v. David Everritt**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.1 8 | **Kim Clements** | Describe the property that secures the claim: | $5,500.00 | $192,000.00 | $5,500.00 |
|---|---|---|---|---|---|

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 6 of 20

Debtor 1    **David Aldean Everritt**

First Name    Middle Name    Last Name

Case number (if know)    **16-30531**

---

Creditor's Name

**3051 Vineyard Way**
**Chula Vista, CA 91914**

Number, Street, City, State & Zip Code

**1020 N Reus Street Pensacola, FL**
**32501  Escambia County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.19 | **Michael Vince** | Describe the property that secures the claim: | $10,000.00 | $67,000.00 | $10,000.00 |

Creditor's Name

**372 Pine Avenue Apt C14**
**Carlsbad, CA 92008**

Number, Street, City, State & Zip Code

**911 N. Devilliers Pensacola, FL**
**32501  Escambia County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second mortgage**

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.20 | **Ocwen Loan Servicing** | Describe the property that secures the claim: | $130,267.00 | $76,000.00 | $54,267.00 |

Creditor's Name

**Attention: Research Dept**
**1661 Worthington Rd Ste 100**
**West Palm Beach, FL 33409**

Number, Street, City, State & Zip Code

**1011 N. A Street Pensacola, FL**
**32501  Escambia County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **03/2005**    Last 4 digits of account number    **2231**

---

| 2.21 | **Ocwen Loan Servicing** | Describe the property that secures the claim: | $113,900.00 | $101,000.00 | $12,900.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **David Aldean Everritt**
_____
First Name          Middle Name          Last Name

Case number (if know)   **16-30531**
_____

---

Creditor's Name
**Attention: Research Dept
1661 Worthington Rd Ste
100
West Palm Beach, FL
33409**
_____
Number, Street, City, State & Zip Code

**903 N. Devilliers Street Pensacola,
FL 32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred  **06/2006**        Last 4 digits of account number    **9738**

---

| 2.2<br>2 | **Ocwen Loan Servicing** | Describe the property that secures the claim: | $57,888.00 | $33,000.00 | $24,888.00 |
|---|---|---|---|---|---|

Creditor's Name
**Attention: Research Dept
1661 Worthington Rd Ste
100
West Palm Beach, FL
33409**
_____
Number, Street, City, State & Zip Code

**711 W. Gonzalez Street Pensacola,
FL 32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred  **3/2005**        Last 4 digits of account number    **5621**

---

| 2.2<br>3 | **Ocwen Loan Servicing** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name
**c/o Amy Slaman
Crew & Crew PA
238 Miracle Strip Pkwy
Fort Walton Beach, FL
32548**
_____
Number, Street, City, State & Zip Code

**Ocwen Loan Servicing v. David
Everritt, et al
2015 CA 000406**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  _____        Last 4 digits of account number    _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **David Aldean Everritt** | | Case number (if known) | **16-30531** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

| 2.2 4 | **Ocwen Loan Servicing** | **Describe the property that secures the claim:** | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

c/o Clarfield, Okon, Salomone & Pincus 500 S. Australian Ave ste 825 West Palm Beach, FL 33401

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

2015 CA 000723 Ocwen Loan Servicing v. David A. Everritt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.2 5 | **Ocwen Loan Servicing LLC** | **Describe the property that secures the claim:** | **$96,129.00** | **$32,000.00** | **$64,129.00** |
|---|---|---|---|---|---|

Creditor's Name

Research Dept 1661 Worthington Rd. Ste 100 West Palm Beach, FL 33409

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1019 N. Devilliers Street Pensacola, FL 32501 Escambia County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    mortgage

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **10/2006**    Last 4 digits of account number  **9170**

---

| 2.2 6 | **Ocwen Loan Servicing LLC** | **Describe the property that secures the claim:** | **$85,390.00** | **$54,000.00** | **$31,390.00** |
|---|---|---|---|---|---|

Creditor's Name

Research Dept 1661 Worthington Rd. Ste 100 West Palm Beach, FL 33409

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1017 N Devilliers St Pensacola, FL 32501 Escambia County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Mortgage

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **4/2006**    Last 4 digits of account number  **1556**

---

Debtor 1  **David Aldean Everitt**
_____
First Name      Middle Name      Last Name

Case number (if know)  **16-30531**

---

| 2.2 7 | **Select Portfolio Servicing** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $479,066.00 | $192,000.00 | $287,066.00

**1020 N Reus Street Pensacola, FL 32501  Escambia County**

PO Box 65250
Salt Lake City, UT 84165
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (Including a right to offset)    **Mortgage**

Date debt was incurred  **08/2007**          Last 4 digits of account number    **1366**

---

| 2.2 8 | **Seterus Inc.** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $130,349.00 | $42,000.00 | $88,349.00

**520 W. Strong Street Pensacola, FL 32501  Escambia County**

14523 SW Millikan Way St
Beaverton, OR 97005
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (Including a right to offset)    **Mortgage**

Date debt was incurred  **03/2006**          Last 4 digits of account number    **9844**

---

| 2.2 9 | **SLS** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $87,242.00 | $46,000.00 | $41,242.00

**625 W Lloyd Street Pensacola, FL 32501  Escambia County**

8742 Lucent Blvd. Ste 300
Littleton, CO 80129
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (Including a right to offset)    **Mortgage**

Date debt was incurred  **09/2005**          Last 4 digits of account number    **3704**

---

Debtor 1    **David Aldean Everritt**
            First Name        Middle Name        Last Name

Case number (if know)    **16-30531**

---

**2.3 0**    **Synovus Bank**
            Creditor's Name

            **c/o Phillip A. Bates PA**
            **25 W Cedar Street**
            **Pensacola, FL 32502**
            Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    **Unknown**    **$0.00**    **Unknown**

> **Synovus Bank v. David Everritt, et al 2015 CA 000886**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.3 1**    **Synovus Bank**
            Creditor's Name

            **c/o Phillip A. Bates PA**
            **25 W Cedar Street**
            **Pensacola, FL 32502**
            Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    **Unknown**    **$0.00**    **Unknown**

> **2015 CA 000884 Synovus Bank v. David Everritt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.3 2**    **Synovus Bank**
            Creditor's Name

            **c/o Phillip A. Bates PA**
            **25 W Cedar Street**
            **Pensacola, FL 32502**
            Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    **Unknown**    **$0.00**    **Unknown**

> **2015 CA 000906 Synovus Bank v. David Everritt et al**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.3 3**    **Synovus Bank**

Describe the property that secures the claim:    **Unknown**    **$0.00**    **Unknown**

---

Debtor 1   **David Aldean Everritt**
  First Name      Middle Name      Last Name

Case number (if know)   **16-30531**

---

Creditor's Name

**c/o Phillip A. Bates PA
25 W Cedar Street
Pensacola, FL 32502**
Number, Street, City, State & Zip Code

**2015 CA 000911 Synovus Bank v. David Everritt**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.3 4 | **Synovus Bank** | Describe the property that secures the claim: | $41,399.00 | $55,000.00 | $41,399.00 |

Creditor's Name

**1119 N. Devilliers St. Pensacola, FL 32501  Escambia County**

**125 Romana Street #224
Pensacola, FL 32502**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred _____   Last 4 digits of account number   **5038**

---

| 2.3 5 | **TSI** | Describe the property that secures the claim: | $75,000.00 | $65,000.00 | $75,000.00 |

Creditor's Name

**1005 N. Devilliers Street Pensacola, FL 32501  Escambia County**

**8293 Foxtail Loop
Pensacola, FL 32526**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.3 6 | **US Bank NA** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |

---

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 12 of 20

Debtor 1   **David Aldean Everritt**
_____     Case number (if know)   **16-30531**
First Name       Middle Name        Last Name

---

Creditor's Name

**c/o eXL Legal PLLC
12425 28th N Ste 200
Saint Petersburg, FL
33716**

Number, Street, City, State & Zip Code

**2015 CA 000590 v. David Everritt, et al**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 7 | **US Bank NA** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o eXL Legal PLLC
12425 28th N Ste 200
Saint Petersburg, FL
33716**

Number, Street, City, State & Zip Code

**2012 CA 000772
US Bank National Assoc. v. David Everritt, et al**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 8 | **US Bank National Association** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o  Jonathan Benjamin, Esq.
Loan Lawyers LLC
2150 S. Andrews Avenue
Fl 2
Fort Lauderdale, FL
33316**

Number, Street, City, State & Zip Code

**2012 CA 000582 US Bank National Association v. David A. Everritt, et al**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **David Aldean Everritt**
_____        Case number (if known)  **16-30531**
First Name    Middle Name    Last Name

| 2.3 9 | **US Bank National Association** | | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

| 2015 CA 000368 US Bank National Assoc v. David A. Everritt, et al |
|---|

c/o Agnieszka Piasecka
PO Box 10292
Largo, FL 33773

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 0 | **US Bank National Association** | | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

| 2015 CA 000521 US Bank National Association v. David Everritt |
|---|

c/o Helen Skala
4630 Woodland
Corporate Blvd Ste 100
Tampa, FL 33614

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 1 | **US Bank National Association** | | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

| 2015 CA 000559 US Bank National Assoc v. David Everritt, et al |
|---|

c/o Helen Skala
4630 Woodland
Corporate Blvd Ste 100
Tampa, FL 33614

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David Aldean Everritt** | | | Case number (if know) | **16-30531** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 2 | **US Bank National Association** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

c/o Roslyn Atilus
5589 Okeechobee Blvd
Ste 103
West Palm Beach, FL
33417

Number, Street, City, State & Zip Code

| **US Bank N.A. v. David Everritt 2015 CA 001098** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (Including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.4 3 | **Wells Fargo Bank NV NA** | Describe the property that secures the claim: | **$49,747.00** | **$70,000.00** | **$39,514.00** |
|---|---|---|---|---|---|

Creditor's Name

MAC F8235-02F
PO Box 10438
Des Moines, IA 50306

Number, Street, City, State & Zip Code

| **2000 N. Barcelona St Pensacola, FL 32501  Escambia County** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (Including a right to offset)     **Second Mortgage**

Date debt was incurred _____     Last 4 digits of account number     **1998**

---

| 2.4 4 | **Wells Fargo Bank NV NA** | Describe the property that secures the claim: | **$33,000.00** | **$45,000.00** | **$33,000.00** |
|---|---|---|---|---|---|

Creditor's Name

MAC F8235-02F
PO Box 10438
Des Moines, IA 50306

Number, Street, City, State & Zip Code

| **514 W. Gonzalez Street Pensacola, FL 32501  Escambia County** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (Including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     **1998**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **David Aldean Everritt**                                          Case number (if know)  **16-30531**
　　　　　First Name　　　Middle Name　　　Last Name

| 2.4 5 | **Wells Fargo Home Mtg** | Describe the property that secures the claim: | $101,380.00 | $68,000.00 | $33,380.00 |
|---|---|---|---|---|---|

Creditor's Name

**Written Correspondence
Resolutions
MAC #2302-04E
PO Box 10335
Des Moines, IA 50306**
Number, Street, City, State & Zip Code

**909 N Devilliers Street Pensacola,
FL 32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　　community debt

■ An agreement you made (such as mortgage or secured
　　car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Mortgage**

Date debt was incurred  **06/2005**        Last 4 digits of account number    **8985**

---

| 2.4 6 | **Wells Fargo Home Mtg** | Describe the property that secures the claim: | $86,888.00 | $57,000.00 | $29,888.00 |
|---|---|---|---|---|---|

Creditor's Name

**Written Correspondence
Resolutions
MAC #2302-04E
PO Box 10335
Des Moines, IA 50306**
Number, Street, City, State & Zip Code

**811 W. Mallory Street Pensacola, FL
32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　　community debt

■ An agreement you made (such as mortgage or secured
　　car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Mortgage**

Date debt was incurred  **07/2005**        Last 4 digits of account number    **3569**

---

| 2.4 7 | **Wells Fargo Home Mtg** | Describe the property that secures the claim: | $59,767.00 | $70,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Written Correspondence
Resolutions
MAC #2302-04E
PO Box 10335
Des Moines, IA 50306**
Number, Street, City, State & Zip Code

**2000 N. Barcelona St Pensacola, FL
32501  Escambia County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　　community debt

■ An agreement you made (such as mortgage or secured
　　car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Mortgage**

Date debt was incurred  **1/2002**        Last 4 digits of account number    **8620**

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 16 of 20

Debtor 1    **David Aldean Everritt**                                           Case number (if know)    **16-30531**
_____
First Name        Middle Name            Last Name

| | | |
|---|---|---|
| **2.4 8** | | |

| | | | | | |
|---|---|---|---|---|---|

**2.4 8**   **Wells Fargo Home Mtg**

Creditor's Name

**Written Correspondence Resolutions**
**MAC #2302-04E**
**PO Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:       $39,467.00       $25,000.00       $14,467.00

**709 W. Gonzalez Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **03/2005**         Last 4 digits of account number   **5651**

---

**2.4 9**   **Wells Fargo Home Mtg d.b.a.**

Creditor's Name

**Americas Servicing**
**1000 Blue Genetian Rd #300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:       $129,124.00       $51,000.00       $78,124.00

**901 N. Devilliers Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortgage**

Date debt was incurred            Last 4 digits of account number   **6685**

---

**2.5 0**   **Wells Fargo Home Mtg d.b.a.**

Creditor's Name

**Americas Servicing**
**1000 Blue Genetian Rd #300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:       $154,510.00       $65,000.00       $89,510.00

**424 W. Desoto St. Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Mortage**

Date debt was incurred            Last 4 digits of account number   **6684**

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 17 of 20

Debtor 1  **David Aldean Everritt**
_____
First Name    Middle Name    Last Name

Case number (if known)  **16-30531**

---

| 2.5 1 | **Wells Fargo Home Mtg d.b.a.** | Describe the property that secures the claim: | $142,843.00 | $46,000.00 | $96,843.00 |
|---|---|---|---|---|---|

Creditor's Name

**Americas Servicing**
**1000 Blue Genetian Rd**
**#300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**
Number, Street, City, State & Zip Code

**923 N Devilliers Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (Including a right to offset)  **Mortgage**

Date debt was incurred  **05/2006**      Last 4 digits of account number  **6086**

---

| 2.5 2 | **Wells Fargo Home Mtg d.b.a.** | Describe the property that secures the claim: | $83,546.00 | $80,000.00 | $3,546.00 |
|---|---|---|---|---|---|

Creditor's Name

**Americas Servicing**
**1000 Blue Genetian Rd**
**#300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**
Number, Street, City, State & Zip Code

**907 N. Devilliers St. Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (Including a right to offset)  **Mortgage**

Date debt was incurred  **08/2004**      Last 4 digits of account number  **8138**

---

| 2.5 3 | **Wells Fargo Home Mtg d.b.a.** | Describe the property that secures the claim: | $84,547.72 | $45,000.00 | $39,547.72 |
|---|---|---|---|---|---|

Creditor's Name

**Americas Servicing**
**1000 Blue Genetian Rd**
**#300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**
Number, Street, City, State & Zip Code

**514 W. Gonzalez Street Pensacola, FL 32501 Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (Including a right to offset)  **Mortgage**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **David Aldean Everritt**
   First Name   Middle Name   Last Name

Case number (if know)   **16-30531**

Date debt was incurred   **08/2004**   Last 4 digits of account number   **8193**

| | | | |
|---|---|---|---|
| 2.54 | **Wells Fargo Home Mtg**<br>**d.b.a.** | Describe the property that secures the claim: | $69,022.00   $67,000.00   $2,022.00 |

Creditor's Name
**Americas Servicing**
**1000 Blue Genetian Rd**
**#300**
**MAC #X7801-02K**
**Saint Paul, MN 55121**
Number, Street, City, State & Zip Code

**1206 N. Devilliers St. Pensacola, FL 32501  Escambia County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
 community debt

■ An agreement you made (such as mortgage or secured
 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **mortgage**

Date debt was incurred   **2/2003**   Last 4 digits of account number   **4682**

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| |
|---|
| **$4,271,695.30** |
| **$4,271,695.30** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Angela Guttmann, Esq.**
**314 S. Baylen Street Ste 201**
**Pensacola, FL 32502**

On which line in Part 1 did you enter the creditor?   **2.16**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Anthony Loney Esq**
**Gladstone Law Group**
**1499 W. Palmetto Park Rd Ste 300**
**Boca Raton, FL 33486**

On which line in Part 1 did you enter the creditor?   **2.42**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**eXL Legal, PLLC**
**12425 28th Street N Ste 200**
**Saint Petersburg, FL 33716**

On which line in Part 1 did you enter the creditor?   **2.38**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Gregory B. Wilhelm, Esq.**
**Baybridge Law Firm**
**55 Baybridge Drive**
**Gulf Breeze, FL 32561**

On which line in Part 1 did you enter the creditor?   **2.33**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Kass Shuler**
**PO Box 800**
**Tampa, FL 33601**

On which line in Part 1 did you enter the creditor?   **2.37**
Last 4 digits of account number ___

Official Form 106D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 19 of 20

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **David Aldean Everritt**

First Name        Middle Name        Last Name

Case number (if know)   **16-30531**

---

☐ Name, Number, Street, City, State & Zip Code
**Phelan Halinan Diamond & Jones PLLC**
**2727 W. Crpress Creek Rd.**
**Fort Lauderdale, FL 33309**

On which line in Part 1 did you enter the creditor?   **2.38**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Randall Mogg, Esq.**
**Kelly Kronenberg PA**
**1511 N West Shore Blvd Ste 400**
**Tampa, FL 33607**

On which line in Part 1 did you enter the creditor?   **2.41**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Stephen Guttmann, Esq.**
**314 S. Baylen Street ste 2013**
**Pensacola, FL 32502**

On which line in Part 1 did you enter the creditor?   **2.37**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Synovus Bank**
**c/o Phillip A. Bates PA**
**25 W Cedar Street**
**Pensacola, FL 32502**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Williamson Law Firm**
**PO Box 1248**
**Santa Rosa Beach, FL 32459**

On which line in Part 1 did you enter the creditor?   **2.38**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Williamson Law Firm**
**PO Box 1248**
**Santa Rosa Beach, FL 32459**

On which line in Part 1 did you enter the creditor?   **2.39**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Williamson Law Firm**
**PO Box 1248**
**Santa Rosa Beach, FL 32459**

On which line in Part 1 did you enter the creditor?   **2.40**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Williamson Law Firm**
**PO Box 1248**
**Santa Rosa Beach, FL 32459**

On which line in Part 1 did you enter the creditor?   **2.41**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Williamson Law Firm**
**PO Box 1248**
**Santa Rosa Beach, FL 32459**

On which line in Part 1 did you enter the creditor?   **2.37**

Last 4 digits of account number ___

---

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **David Aldean Everritt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | 16-30531 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Escambia County Tax Collector**
Priority Creditor's Name
**213 Palafox Place**
**Pensacola, FL 32502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2500**          **$7,337.62**          **$7,337.62**          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Property Taxes 1023 N Devillers Street**

**2.2** | **Escambia County Tax Collector**
Priority Creditor's Name
**213 Palafox Place**
**Pensacola, FL 32502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0000**          **$806.09**          **$806.09**          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Property Taxes-500 Blk W Strong Street**

Debtor 1  **David Aldean Everritt**                                          Case number (if know)   **16-30531**

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | **$13,000.00** | **$13,000.00** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$13,000.00**    **$13,000.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ **2013 Taxes** _____

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                              Total claim

| 4.1 | **Coastal Bank & Trust** | Last 4 digits of account number   **0593** | **$1,598.00** |

**Coastal Bank & Trust**
Nonpriority Creditor's Name
**PO Box 23061**
**Columbus, GA 31902-3061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0593** _____    **$1,598.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **David Aldean Everritt**                                     Case number (if know)   **16-30531**

| 4.2 | **Karen Beach** | | Last 4 digits of account number | **KBEACH** | | **$5,690.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**5408 North Shore Rd**                                When was the debt incurred?   _____

**Pensacola, FL 32507**

Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ☐ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Loan**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 21,143.71 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 21,143.71 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 7,288.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 7,288.00 |

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **16-30531** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the Instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Alicia Clements**<br>**1011 North A Street**<br>**Pensacola, FL 32501** | **Lease - $825.00 per month (6/6/15 to 6/25/16)** |
| 2.2 | **Amber E. Hutchison**<br>**811A West Mallory St**<br>**Pensacola, FL 32501** | **Lease - $895.00 per month (lease expired 3/24/15)** |
| 2.3 | **Ann Snow McIndoo & Hilary McIndoo**<br>**1206 North Devillers St.**<br>**Pensacola, FL 32501** | **Lease- $1195.00 per month (5/18/16 to 5/24/17)** |
| 2.4 | **Beth Marks**<br>**1020 North Reus St**<br>**Pensacola, FL 32501** | **Lease $595.00 per month (lease expired 9/24/15)** |
| 2.5 | **Brian Patrick Harrison**<br>**1020 North Reus Street**<br>**Pensacola, FL 32501** | **Lease - $595.00 per month (7/10/2015 to 7/10/2016)** |
| 2.6 | **Christopher Jones**<br>**901A North Devillers St.**<br>**Pensacola, FL 32501** | **Lease - $795.00 per month 10/5/15 to 10/24/16** |
| 2.7 | **Christopher Massey**<br>**424 West DeSoto**<br>**Pensacola, FL 32501** | **Lease - $950.00 per month  (Lease expired 1/25/15)** |
| 2.8 | **Daniel Padgett and Melissa Holloway**<br>**1023 #2 North Devillers**<br>**Pensacola, FL 32501** | **Lease - $1395.00 per month (Lease expired 6/24/15)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    David Aldean Everritt                          Case number (if known)    16-30531

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.9    Danielle Disney<br>1020 North Reus Street<br>Pensacola, FL 32501 | Lease - $595.00 per month (2/12/16 to 2/24/17) |
| 2.10    Danielle Galindo<br>1013 North A Street<br>Pensacola, FL 32501 | Lease - $825.00 per month (8/24/15 to 8/24/16) |
| 2.11    David Presson<br>520 W Strong Street<br>Pensacola, FL 32501 | Lease $1195.00 - (Lease expired 2/24/14) |
| 2.12    Douglas Brown<br>1020 N. Reus<br>Pensacola, FL 32501 | lease - $595.00 per month (lease exxpired 5/24/2011) |
| 2.13    Elena Estrada<br>1005 B North Devillers St<br>Pensacola, FL 32501 | Lease - $795.00 per month (2/23/16 to 2/24/17) |
| 2.14    Georgia Beliech<br>1020 N. Reus Street<br>Pensacola, FL 32501 | lease - $550.00 a month (2/26/16 to 2/26/17) |
| 2.15    Gina Strickland<br>1005A N. Devillers St.<br>Pensacola, FL 32501 | Lease - $995.00 per month (11/23/15 to 11/25/16) |
| 2.16    Greg Kussin<br>907 N. Devillers St<br>Pensacola, FL 32501 | Lease - $1195.00 per month (Lease expired 3/24/15) |
| 2.17    Haydn Evans<br>1002 Devillers<br>Pensacola, FL 32501 | Lease - $850.00 per month for 7 months 4/26/16 to 11/25 |
| 2.18    Heather Sullivan & Eric Papa<br>1017 B North Devillers<br>Pensacola, FL 32501 | Lease - $795.00 per month (8/3/15 to 8/24/16) |
| 2.19    Hilary Bauer & Wes Thompson<br>909 North Devillers St<br>Pensacola, FL 32501 | Lease - $1395.00 a month (7/6/15 to 7/24/16) |
| 2.20    Jim Howard & Lia Aprilia<br>516A West Strong Street<br>Pensacola, FL 32501 | Lease - $1195.00 per month 9/21/15 to 9/24/16 |
| 2.21    Jody Elliot<br>1019 North Devillers<br>Pensacola, FL 32501 | Lease $995.00 per month (7/9/15 to 7/24/16) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                      Case number (if known)    **16-30531**

███  **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.22  **Joe & Kelly Marx**<br>**911A North Devillers St**<br>**Pensacola, FL 32501** | Lease - $995.00 a month (8/25/15 to 8/24/16) |
| 2.23  **John Kanter**<br>**1023 # 1 North Devillers**<br>**Pensacola, FL 32501** | Lease - $995.00 per month (Lease expired 5/24/15) |
| 2.24  **John Martin Huntoon**<br>**1020 North Reus St**<br>**Pensacola, FL 32501** | Lease - $595.00 per month (7/31/15 to 7/24/16) |
| 2.25  **Joseph Coduti**<br>**903 North Devillers St.**<br>**Pensacola, FL 32501** | Lease - $1395.00 a month 6/24/15 to 6/24/16 |
| 2.26  **Joshua Swindle**<br>**514 West Gonzalez St**<br>**Pensacola, FL 32501** | Lease- $1095.00 a month 2-8-16 -2/24/17 |
| 2.27  **Julia Humphries**<br>**1015 North A Street**<br>**Pensacola, FL 32501** | Lease - $825.00 per month (Lease expied 5/24/15) |
| 2.28  **Kaeyla Villanova & Keatton Van Sickle**<br>**518B West Strong Street**<br>**Pensacola, FL 32501** | Lease - $895.00 per month 6/18/15 to 6/25/16 |
| 2.29  **Kaitlyn Hutcheon**<br>**1017 A North Devillers**<br>**Pensacola, FL 32501** | Lease - $795.00 per month (Lease expired 12/24/15) |
| 2.30  **Keith Deering**<br>**811B West Mallory Street**<br>**Pensacola, FL 32501** | Lease - $750.00 per month (Lease expired 8/24/11) |
| 2.31  **Korey Jernigan**<br>**500 B West Gregory Street**<br>**Pensacola, FL 32501** | Lease- $795.00 per month 5/6/16 to 5/24/17 |
| 2.32  **Krystal Heitland**<br>**625 Lloyd**<br>**Pensacola, FL 32501** | Lease - 625 Lloyd $750.00 per month |
| 2.33  **Larry Robinson**<br>**901B North Devillers St**<br>**Pensacola, FL 32501** | Lease - $795.00 per month (4/6/16 to 4/24/17) |
| 2.34  **Larry Smedley**<br>**1119 N. Devillers St**<br>**Pensacola, FL 32501** | lease- $795.00 per month (month-to-month) |

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

■   **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.35    **Laura Jones**<br>**711 West Gonzalez Street**<br>**Pensacola, FL 32501** | **Lease $895.00 per month 10/05/15 to 10/24/16** |
| 2.36    **Margaret Freyaldenhoven**<br>**923B North Devillers**<br>**Pensacola, FL 32501** | **Lease - $795.00 per month (3/17/16 to 3/24/17)** |
| 2.37    **Maricarmen Zachary Josephs**<br>**2000 North Barcelona Street**<br>**Pensacola, FL 32501** | **lease - $950.00 per month (Lease expired 3/24/2011)** |
| 2.38    **Max Mancuso**<br>**518A West Strong Street**<br>**Pensacola, FL 32501** | **Lease - $795.00 per month  4/29/16 to 4/24/17** |
| 2.39    **Micah Murray**<br>**516B West Strong Street**<br>**Pensacola, FL 32501** | **Lease - $975.00 Per month 1/25/16 -1/24/16** |
| 2.40    **Michelle Larkin**<br>**923A North Devillers St**<br>**Pensacola, FL 32501** | **Lease - $855.00 per month (2/13/16 to 2/24/17)** |
| 2.41    **Rafael Machado**<br>**500 A West Gregory Street**<br>**Pensacola, FL 32501** | **Lease - $995.00 per month  (lease expired 4/24/16)** |
| 2.42    **Robert Kugelman**<br>**1023 North Devillers St Apt 3**<br>**Pensacola, FL 32501** | **Lease - $850.00 per month (Lease expired 11/24/2010)** |
| 2.43    **Ryan Vanko**<br>**911B Devillers**<br>**Pensacola, FL 32501** | **Lease - $200.00 a month (4/4/16 to 11/25/16)** |
| 2.44    **Sarah Cook**<br>**709 West Gonzalez Street**<br>**Pensacola, FL 32501** | **Lease $825.00 per month (lease expired 3/24/15)** |
| 2.45    **Sarah McCool**<br>**900B North Devillers**<br>**Pensacola, FL 32501** | **Lease - $895.00 per month 4/28/16 to 4/24/17** |
| 2.46    **Tiffany Sawyer**<br>**900A North Devillers**<br>**Pensacola, FL 32501** | **Lease - $925.00 per month (Lease Expired 9/24/15)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Aldean Everritt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | **16-30531** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

**3.1**

Name

| Number | Street | | |
|---|---|---|---|
| City | | State | ZIP Code |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name

| Number | Street | | |
|---|---|---|---|
| City | | State | ZIP Code |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (If known) | 16-30531 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:        Describe Employment**

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Real Estate** | |
| | Employer's name | **self** | |
| | Employer's address | | |
| | How long employed there? | | |

**Part 2:        Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,400.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **5,400.00** | $ **N/A** |

Debtor 1    **David Aldean Everritt**                                        Case number *(if known)*   **16-30531**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 5,400.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 5,400.00    $ N/A

8. **List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 5,400.00 + $ N/A = $ 5,400.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify:    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 5,400.00
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **16-30531** |

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1.    Is this a joint case?**

■ No. Go to line 2.
- [ ] Yes. **Does Debtor 2 live in a separate household?**
  - [ ] No
  - [ ] Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.    Do you have dependents?**   ■ No

| Do not list Debtor 1 and Debtor 2.<br><br>Do not state the dependents names. | [ ] Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | | | | [ ] No<br>[ ] Yes |
| | | | | [ ] No<br>[ ] Yes |
| | | | | [ ] No<br>[ ] Yes |
| | | | | [ ] No<br>[ ] Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   [ ] Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---:|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,400.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 48.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 197.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1   **David Aldean Everritt**                                   Case number *(if known)*   **16-30531**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 545.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 257.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 265.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 82.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 925.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 167.00 |
| | 15b. | Health insurance | 15b. $ | 774.00 |
| | 15c. | Vehicle insurance | 15c. $ | 297.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

|  |  | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 6,682.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 6,682.00 |

23. **Calculate your monthly net income.**

|  |  | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,400.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 6,682.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,282.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Aldean Everritt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | **16-30531** | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ David Aldean Everritt**                    X _____
**David Aldean Everritt**                              Signature of Debtor 2
Signature of Debtor 1

Date **June 29, 2016**                                  Date _____

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| Debtor 1 | **David Aldean Everritt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 16-30531 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐  Married
    ■  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■  No
    ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$26,541.71** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **David Aldean Everritt**                                                              Case number *(if known)*  **16-30531**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions,<br>bonuses, tips | $63,450.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ■ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **David Aldean Everritt** | | Case number *(if known)* | **16-30531** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| David Everritt v. Stephen and Cheryl Saywell 2015 CC 001087 | Eviction | Escambia County Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| David Everritt v. Tristan Doty 2015 CC 003471 | Eviction | Escambia County Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Wells Fargo Bank v. David A. Everritt, et al 2008 CA 002507 | Mortgage Foreclosure | Escambia County Circuit court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| US Bank National Association v. David A. Everritt, et al 2015 CA 000368 | Non-Homestead Foreclosure | Escambia County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| US Bank National Association v. David A. Everritt, et al 2012 CA 000582 | Non-Homestead Foreclosure | Escambia County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Deutsche Bank National Trust Company v. David A. Everritt, et al 2015 CA 000403 | Non-Homestead Foreclosure | Escambia County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Ocwen Loan Servicing v. David A. Everritt, et al. 2015 CA 000406 | Non-Homestead Foreclosure | Escambia County Circuit Court | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed** |
| US Bank National Association v. David A. Everritt 2015 CA 000521 | Non-Homestead Foreclosure | Escambia County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **David Aldean Everritt**                                     Case number *(if known)*   **16-30531**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **US Bank National Association v. David Everritt, et al**<br>**2015 CA 000559** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **US Bank NA as Trustee v. David A. Everritt, et al**<br>**2015 CA 000590** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **HSBC Bank v. David A. Everritt**<br>**2015 CA 00588** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **HSBC Bank USA  v. David Everritt**<br>**2015 CA 000603** | **Non-Homestead foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **HSBC Bank v. David A. Everritt**<br>**2015 CA 000649** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Synovus Bank v. David A. Everritt**<br>**2015 CA 000886** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ocwen Loan Servicing v. David A. Everritt**<br>**2015 CA 000723** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Synovus Bank v. David A. Everritt, et al**<br>**2015 CA 000884** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Synovus Bank v. David A. Everritt, et al**<br>**2015 CA 000906** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Synovus Bank v. David A. Everritt, et al**<br>**2015 CA 000911** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **US Bank NA v. David A. Everritt**<br>**2015 CA 001098** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **David Aldean Everritt**                                                    Case number (*if known*)   **16-30531**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **US Bank NA v. David A. Everritt et al**<br>**2012 CA 000772** | **Non-Homestead Foreclosure** | **Escambia County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **ASC**<br>**PO Box 51119**<br>**Los Angeles, CA 90051** | **912 N Devilliers**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$83,000.00** |
| **Synovus Bank**<br>**125 Romana Street #224**<br>**Pensacola, FL 32502** | **Bank Acct**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$15,000.00** |

---

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

---

Debtor 1    **David Aldean Everritt** _____    Case number (if known)  **16-30531**

---

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
- ☐ No
- ■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| Camera, lawn mower, weed eater | none | 12/2015 | $200.00 |

---

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Wilson, Harrell, Farrington, Ford, et al<br>307 S. Palafox Street<br>Pensacola, FL 32502<br>jsf@whsf-law.com;<br>amanda@whsf-law.com<br>$20,000.00 Retainer received. $350.00 hourly atty rate/$100.00 hourly legal assistant rate | Attorney Fees | 6/2/16 | $20,000.00 |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gregory Wilhelm | Attorney's Fees | 6/15  to 6/16 | $80,000.00 |

---

Debtor 1    **David Aldean Everritt** _____  Case number (if known)  **16-30531** _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| Person's relationship to you | | | |
| **Unknown** | **Sold vehicle for mother** | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called _asset-protection devices._)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

---

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **Hancock Bank** | **XXXX-7861** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **operating acct- PHDC** | **4/30/15** | **$113.71** |
| **Hancock Bank** | **XXXX-7918** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Bill Split** | **3/13/15** | **$26.32** |
| **Hancock Bank** | **XXXX-7888** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Escrow - PHDC** | **3/12/15** | **$207.44** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  **David Aldean Everitt**                                              Case number *(if known)*  **16-30531**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Hancock Bank** | **XXXX-7896** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other_ **Deposit**_ | **3/16/15** | **$3.05** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1   **David Aldean Everritt** _____   Case number *(if known)*  **16-30531**

25. Have you notified any governmental unit of any release of hazardous material?

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

      ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

      ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

      ☐ A partner in a partnership

      ☐ An officer, director, or managing executive of a corporation

      ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies.  Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Pensacola Historic Dream Cottages**<br>**1020 N. Reus Street**<br>**Pensacola, FL 32501** | **Real Estate Holding Co.**<br><br>**Vergy Duke**<br>**902 E. Blount Street**<br>**Pensacola, FL 32503**<br>**30 Years**<br><br>**Cindy Backer**<br>**1303 Concord Dr. C**<br>**Lillian AL 36549**<br>**2009 to Present** | EIN:<br><br>From-To  **2/22/12 to present** |
| **North Hill Properties, LLC**<br>**1020 N. Reus Street**<br>**Pensacola, FL 32501** | **Real Estate Holding**<br><br>**same as listed above.** | EIN:  **27-1891475**<br><br>From-To  **9/23/2014 to present** |
| **A Red Door Property, LLC**<br>**1020 N. Reus Street**<br>**Pensacola, FL 32501** | **Real Estate**<br><br>**Same as Listed** | EIN:  **None**<br><br>From-To  **5/1/2015 to present** |

Debtor 1   **David Aldean Everritt**                                    Case number (if known)   **16-30531**

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

   | Name | Date Issued |
   | --- | --- |
   | Address | |
   | (Number, Street, City, State and ZIP Code) | |

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ David Aldean Everritt**                                    _____
**David Aldean Everritt**                                         **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **June 29, 2016**                                          Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1  **David Aldean Everritt** | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the:  Northern District of Florida | |
| Case number  **16-30531** (If known) | ☐ Check if this is an amended filing |

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                 12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions to a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 0.00 | | |
| Ordinary and necessary operating expenses | | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 38,240.72 | | |
| Ordinary and necessary operating expenses | -$ | 32,727.31 | | |
| Net monthly income from rental or other real property | $ | 5,513.41 | Copy here -> $ 5,513.41 | $ |

Debtor 1   **David Aldean Everritt**                                        Case number (if known)   **16-30531**

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................................ $ 0.00

For your spouse .................................................................. $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                                                  $ 0.00          $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|  | Column A | Column B |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ **5,513.41**  + $ _____  = $ **5,513.41**

Debtor 1    **David Aldean Everritt**                                    Case number (*if known*)    **16-30531**

---

| Part 2: | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  **/s/ David Aldean Everritt**

**David Aldean Everritt**
Signature of Debtor 1

Date  **June 29, 2016**
MM / DD / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal
restitution obligations; and

certain debts that are not listed in your bankruptcy
papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of
fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a
motor vehicle, vessel, or aircraft while intoxicated
from alcohol or drugs.

If your debts are primarily consumer debts, the court
can dismiss your chapter 7 case if it finds that you have
enough income to repay creditors a certain amount.
You must file *Chapter 7 Statement of Your Current
Monthly Income* (Official Form 122A–1) if you are an
individual filing for bankruptcy under chapter 7. This
form will determine your current monthly income and
compare whether your income is more than the median
income that applies in your state.

If your income is not above the median for your state,
you will not have to complete the other chapter 7 form,
the *Chapter 7 Means Test Calculation* (Official Form
122A–2).

If your income is above the median for your state, you
must file a second form —the *Chapter 7 Means Test
Calculation* (Official Form 122A–2). The calculations on
the form— sometimes called the *Means Test*—deduct
from your income living expenses and payments on
certain debts to determine any amount available to pay
unsecured creditors. If

your income is more than the median income for your
state of residence and family size, depending on the
results of the *Means Test*, the U.S. trustee, bankruptcy
administrator, or creditors can file a motion to dismiss
your case under § 707(b) of the Bankruptcy Code. If a
motion is filed, the court will decide if your case should
be dismissed. To avoid dismissal, you may choose to
proceed under another chapter of the Bankruptcy
Code.

If you are an individual filing for chapter 7 bankruptcy,
the trustee may sell your property to pay your debts,
subject to your right to exempt the property or a portion
of the proceeds from the sale of the property. The
property, and the proceeds from property that your
bankruptcy trustee sells or liquidates that you are
entitled to, is called *exempt property*. Exemptions may
enable you to keep your home, a car, clothing, and
household items or to receive some of the proceeds if
the property is sold.

Exemptions are not automatic. To exempt property,
you must list it on *Schedule C: The Property You Claim
as Exempt* (Official Form 106C). If you do not list the
property, the trustee may sell it and pay all of the
proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business,
but is also available to individuals. The provisions of
chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re    **David Aldean Everritt** _____     Case No.    **16-30531** _____

                                          Debtor(s)                  Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **0.00** |
   | Prior to the filing of this statement I have received | $ | **0.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **$20,000.00 Retainer received. $350.00 hourly atty rate/$100.00 hourly legal assistant rate**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 29, 2016** | **/s/ J. Steven Ford** |
| _Date_ | **J. Steven Ford** |
| | _Signature of Attorney_ |
| | **Wilson, Harrell, Farrington, Ford, et al** |
| | **307 S. Palafox Street** |
| | **Pensacola, FL 32502** |
| | **850-438-1111  Fax: 850-432-8500** |
| | **jsf@whsf-law.com; amanda@whsf-law.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Northern District of Florida

In re    **David Aldean Everritt** _____    Case No.    **16-30531** _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **June 29, 2016** _____    **/s/ David Aldean Everritt** _____
**David Aldean Everritt**
Signature of Debtor

David Aldean Everritt
1020 N. Reus street
Pensacola, FL 32501

Beth Marks
1020 North Reus St
Pensacola, FL 32501

Daniel Padgett and Melissa Hollow
1023 #2 North Devillers
Pensacola, FL 32501

J. Steven Ford
Wilson, Harrell, Farrington, Ford, et al
307 S. Palafox Street
Pensacola, FL 32502

Brian Patrick Harrison
1020 North Reus Street
Pensacola, FL 32501

Danielle Disney
1020 North Reus Street
Pensacola, FL 32501

Alicia Clements
1011 North A Street
Pensacola, FL 32501

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

Danielle Galindo
1013 North A Street
Pensacola, FL 32501

Amber E. Hutchison
811A West Mallory St
Pensacola, FL 32501

Christopher Jones
901A North Devillers St.
Pensacola, FL 32501

David Presson
520 W Strong Street
Pensacola, FL 32501

Angela Guttmann, Esq.
314 S. Baylen Street Ste 201
Pensacola, FL 32502

Christopher Massey
424 West DeSoto
Pensacola, FL 32501

Deutsche Bank National Trust Com
c/o Albertelli Law
PO Box 23028
Tampa, FL 33623

Ann Snow McIndoo & Hilary McIndoo
1206 North Devillers St.
Pensacola, FL 32501

Citimortgage
Attn: Bankruptcy
PO Box 6423
Sioux Falls, SD 57117

Ditech
PO Box 6172
Rapid City, SD 57709

Anthony Loney Esq
Gladstone Law Group
1499 W. Palmetto Park Rd Ste 300
Boca Raton, FL 33486

Coastal Bank & Trust
PO Box 23061
Columbus, GA 31902-3061

Douglas Brown
1020 N. Reus
Pensacola, FL 32501

ASC
PO Box 51119
Los Angeles, CA 90051

Coastal Bank & Trust/Synovus
125 Romana Street #224
Pensacola, FL 32502

Elena Estrada
1005 B North Devillers St
Pensacola, FL 32501

Bayview Financial Loan
Bankruptcy Dept
4425 Ponce De Leon Blvd.
5th Floor
Miami, FL 33146

Coastal Bank /Synovus
125 West Romana Street # 224
Pensacola, FL 32502

Escambia County Tax Collector
213 Palafox Place
Pensacola, FL 32502

eXL Legal, PLLC
12425 28th Street N Ste 200
Saint Petersburg, FL 33716

Georgia Beliech
1020 N. Reus Street
Pensacola, FL 32501

Gina Strickland
1005A N. Devillers St.
Pensacola, FL 32501

Greg Kussin
907 N. Devillers St
Pensacola, FL 32501

Gregory B. Wilhelm, Esq.
Baybridge Law Firm
55 Baybridge Drive
Gulf Breeze, FL 32561

Haydn Evans
1002 Devillers
Pensacola, FL 32501

Heather Sullivan & Eric Papa
1017 B North Devillers
Pensacola, FL 32501

Hilary Bauer & Wes Thompson
909 North Devillers St
Pensacola, FL 32501

Homer H. Graham
PO Box 276
Little Switzerland, NC 28749

Homer H. Graham IRA
PO Box 276
Little Switzerland, NC 28749

HSBC Bank NA
c/o Helen Skala
4630 Woodland Corporate Blvd.
Tampa, FL 33614

HSBC Bank USA NA
c/oPhelan Hallinan Diamond & Jones PLLC
2727 W Cypress Creek Rd.
Fort Lauderdale, FL 33309

HSBC Bank USA NA
c/o Andra Brumberg Esq.
2731 1st St NE
Saint Petersburg, FL 33704

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jim Howard & Lia Aprilia
516A West Strong Street
Pensacola, FL 32501

Jody Elliot
1019 North Devillers
Pensacola, FL 32501

Joe & Kelly Marx
911A North Devillers St
Pensacola, FL 32501

John Kanter
1023 # 1 North Devillers
Pensacola, FL 32501

John Martin Huntoon
1020 North Reus St
Pensacola, FL 32501

Joseph Coduti
903 North Devillers St.
Pensacola, FL 32501

Joshua Swindle
514 West Gonzalez St
Pensacola, FL 32501

Julia Humphries
1015 North A Street
Pensacola, FL 32501

Kaeyla Villanova & Keatton Van S
518B West Strong Street
Pensacola, FL 32501

Kaitlyn Hutcheon
1017 A North Devillers
Pensacola, FL 32501

Karen Beach
5408 North Shore Rd
Pensacola, FL 32507

Kass Shuler
PO Box 800
Tampa, FL 33601

Keith Deering
811B West Mallory Street
Pensacola, FL 32501

Kim Clements
3051 Vineyard Way
Chula Vista, CA 91914

Micah Murray
516B West Strong Street
Pensacola, FL 32501

Randall Mogg, Esq.
Kelly Kronenberg PA
1511 N West Shore Blvd Ste 400
Tampa, FL 33607

Korey Jernigan
500 B West Gregory Street
Pensacola, FL 32501

Michael Vince
372 Pine Avenue Apt C14
Carlsbad, CA 92008

Robert Kugelman
1023 North Devillers St Apt 3
Pensacola, FL 32501

Krystal Heitland
625 Lloyd
Pensacola, FL 32501

Michelle Larkin
923A North Devillers St
Pensacola, FL 32501

Ryan Vanko
911B Devillers
Pensacola, FL 32501

Larry Robinson
901B North Devillers St
Pensacola, FL 32501

Ocwen Loan Servicing
Attention: Research Dept
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

Sarah Cook
709 West Gonzalez Street
Pensacola, FL 32501

Larry Smedley
1119 N. Devillers St
Pensacola, FL 32501

Ocwen Loan Servicing
c/o Amy Slaman
Crew & Crew PA
238 Miracle Strip Pkwy
Fort Walton Beach, FL 32548

Sarah McCool
900B North Devillers
Pensacola, FL 32501

Laura Jones
711 West Gonzalez Street
Pensacola, FL 32501

Ocwen Loan Servicing
c/o Clarfield, Okon, Salomone & Pincus
500 S. Australian Ave ste 825
West Palm Beach, FL 33401

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Margaret Freyaldenhoven
923B North Devillers
Pensacola, FL 32501

Ocwen Loan Servicing LLC
Research Dept
1661 Worthington Rd.
Ste 100
West Palm Beach, FL 33409

Seterus Inc.
14523 SW Millikan Way St
Beaverton, OR 97005

Maricarmen Zachary Josephs
2000 North Barcelona Street
Pensacola, FL 32501

Phelan Halinan Diamond & Jones PLLC
2727 W. Crpress Creek Rd.
Fort Lauderdale, FL 33309

SLS
8742 Lucent Blvd. Ste 300
Littleton, CO 80129

Max Mancuso
518A West Strong Street
Pensacola, FL 32501

Rafael Machado
500 A West Gregory Street
Pensacola, FL 32501

Stephen Guttmann, Esq.
314 S. Baylen Street ste 2013
Pensacola, FL 32502

Synovus Bank
c/o Phillip A. Bates PA
25 W Cedar Street
Pensacola, FL 32502 .

Wells Fargo Bank NV NA
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306

Synovus Bank
125 Romana Street #224
Pensacola, FL 32502

Wells Fargo Home Mtg
Written Correspondence Resolutions
MAC #2302-04E
PO Box 10335
Des Moines, IA 50306

Tiffany Sawyer
900A North Devillers
Pensacola, FL 32501

Wells Fargo Home Mtg d.b.a.
Americas Servicing
1000 Blue Genetian Rd #300
MAC #X7801-02K
Saint Paul, MN 55121

TSI
8293 Foxtail Loop
Pensacola, FL 32526

Williamson Law Firm
PO Box 1248
Santa Rosa Beach, FL 32459

US Bank NA
c/o eXL Legal PLLC
12425 28th N Ste 200
Saint Petersburg, FL 33716

US Bank National Association
c/o  Jonathan Benjamin, Esq.
Loan Lawyers LLC
2150 S. Andrews Avenue Fl 2
Fort Lauderdale, FL 33316

US Bank National Association
c/o Agnieszka Piasecka
PO Box 10292
Largo, FL 33773

US Bank National Association
c/o Helen Skala
4630 Woodland Corporate Blvd Ste 100
Tampa, FL 33614

US Bank National Association
c/o Roslyn Atilus
5589 Okeechobee Blvd Ste 103
West Palm Beach, FL 33417