## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE:

DAVID ALDEAN EVERRITT                        CASE NO.: 16-30531-JCO
                                             CHAPTER 11

     Debtor-in-possession.

---

## DECLARATION OF AMENDED SCHEDULE A AND SUMMARY OF SCHEDULES

---

I hereby certify that I have read the Amended Schedule A and Summary of Schedules, and, I affirm, under oath, subject to penalty of perjury, that the information is true and correct.

Dated this ____7____ day of ____April____, 2017

_____
David Aldean Everritt

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Declaration** has been furnished to Trustee, and to all creditors appearing in debtors mailing matrix by electronic mail via EM/ECF or by U.S. Mail this __7__ day of ___April___, 2017.

J. STEVEN FORD, ESQUIRE

EM/ECF:
**16-30531-JCO Notice will be electronically mailed to:**

Philip Alan Bates on behalf of Creditor Synovus Bank
pbates@philipbates.net,
swalton@philipbates.net;wwest@philipbates.net;dwatts@philipbates.net

Stefan Beuge on behalf of Creditor Hsbc Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Et.Al
FLND.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Stefan Beuge on behalf of Creditor US Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust
FLND.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Adam Alexander Diaz on behalf of Creditor Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee
adiaz@shdlegalgroup.com

Shaina Druker on behalf of Creditor Wells Fargo Bank, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

J. Steven Ford on behalf of Debtor David Aldean Everritt
jsf@whsf-law.com

Jeffrey Fraser on behalf of Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4
bkfl@alaw.net

Neisi I. Garcia Ramirez on behalf of Creditor WELLS FARGO BANK, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Spencer Gollahon on behalf of Creditor Citi US Bank National Association
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Marian Grace Kennady on behalf of Creditor Ocwen Loan Servicing LLC
bankruptcy@vanlawfl.com

Brandi Rainey Lesesne on behalf of Creditor WELLS FARGO BANK, N.A.
ecfflnb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Kenneth W. Lockwood on behalf of Creditor U.S. BANK NA, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NA, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2002-1
bk@exllegal.com, aboivin@dczahm.com

Austin Matthew Noel on behalf of Creditor Deutsche Bank National Trust Company
bkfl@buckleymadole.com

Austin Matthew Noel on behalf of Creditor HSBC Bank USA, National Association
bkfl@buckleymadole.com

Austin Matthew Noel on behalf of Creditor Morgan Stanley Mortgage Loan Trust
bkfl@buckleymadole.com

Steven Gerald Powrozek on behalf of Creditor HSBC Bank USA, National Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Steven Gerald Powrozek on behalf of Creditor U.S. Bank National Association

spowrozek@logs.com, electronicbankruptcynotices@logs.com

Maya Rubinov on behalf of Creditor Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee
MRubinov@shdlegalgroup.com

Christopher P Salamone on behalf of Creditor Federal National Mortgage Association
csalamone@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Margaret Thomas Stopp on behalf of Creditor Escambia County Tax Collector
mstopp@mhw-law.com, jpinette@mhw-law.com;tstokes@mhw-law.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Sarah St John Walton on behalf of Creditor Synovus Bank
swalton@philipbates.net,
pbates@philipbates.net;wwest@philipbates.net;abridges@philipbates.net

Jason A. Weber on behalf of Creditor Bayview Loan Servicing, LLC
jweber@sirote.com, aravix@sirote.com

Mariam Zaki on behalf of Creditor Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee
MZaki@erwlaw.com, BankruptcyECF@erwlaw.com

**16-30531-JCO Notice will not be electronically mailed to:**

Kristopher Fernandez
114 S. Fremont Ave.
Tampa, FL 33606

J. Steven Ford
Wilson, Harrell, Smith, Farrington & For
307 South Palafox Street
Pensacola, FL 32502

Specialized Loan Servicing LLC
8742 Lucent Blvd, Ste 300

Highlands Ranch, CO 80129

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Aldean Everritt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 16-30531 | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 1,920,825.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 30,479.43 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 1,951,304.43 |

### Part 2:   Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 4,271,695.30 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................... | $ 21,143.71 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............. | $ 7,288.00 |

**Your total liabilities** $ 4,300,127.01

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 5,400.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*..................................................... | $ 6,682.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **David Aldean Everritt**                                    Case number *(if known)* **16-30531**

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form         $ _____
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 21,143.71 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 21,143.71 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **David Aldean Everritt** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | 16-30531 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**900 N. Devilliers Street**

Street address, if available, or other description

**Pensacola          FL     32501-0000**

City          State    ZIP Code

**Escambia**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $46,000.00 | $46,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Debtor 1    **David Aldean Everritt**                                         Case number *(if known)*    **16-30531**

### If you own or have more than one, list here:

1.2

**1020 N Reus Street**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $192,000.00 | $192,000.00 |

**Pensacola      FL      32501-0000**
City            State       ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Escambia**
County

Other information you wish to add about this item, such as local property identification number:

☐ Check if this is community property (see instructions)

---

### If you own or have more than one, list here:

1.3

**424 W. Desoto St.**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $65,000.00 | $65,000.00 |

**Pensacola      FL      32501-0000**
City            State       ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Escambia**
County

Other information you wish to add about this item, such as local property identification number:

☐ Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.4

**1206 N. Devilliers St.**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?**  **$67,000.00**

**Current value of the portion you own?**  **$67,000.00**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Escambia**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.5

**1119 N. Devilliers St.**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Pensacola | FL | 32501-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?**  **$55,000.00**

**Current value of the portion you own?**  **$55,000.00**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Escambia**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.6

**514 W. Gonzalez Street**

Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,000.00** | **$45,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.7

**1023 N. Devilliers Street**

Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$170,000.00** | **$170,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                          Case number (if known)    **16-30531**

**If you own or have more than one, list here:**

1.8

**1019 N. Devilliers Street**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

■ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$32,000.00** | **$32,000.00** |

**Pensacola**          **FL**      **32501-0000**

City              State      ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

fee Simple

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Escambia**

County

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.9

**1005 N. Devilliers Street**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

■ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$65,000.00** | **$65,000.00** |

**Pensacola**          **FL**      **32501-0000**

City              State      ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Escambia**

County

Other information you wish to add about this item, such as local property identification number:

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **David Aldean Everritt**                                   Case number *(if known)*    **16-30531**

---

1.10

### If you own or have more than one, list here:

**500 Blk W Strong Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,200.00** | **$2,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

1.11

### If you own or have more than one, list here:

**520 W. Strong Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$42,000.00** | **$42,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **David Aldean Everritt**                                                    Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.1
2

**923 N Devilliers Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,000.00** | **$46,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1
3

**909 N Devilliers Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$68,000.00** | **$68,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1 __David Aldean Everritt__    Case number *(if known)*  __16-30531__

## If you own or have more than one, list here:

1.14

__903 N. Devilliers Street__

Street address, if available, or other description

| | | |
|---|---|---|
| __Pensacola__ | __FL__ | __32501-0000__ |
| City | State | ZIP Code |

__Escambia__

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $101,000.00 | $101,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

## If you own or have more than one, list here:

1.15

__901 N. Devilliers Street__

Street address, if available, or other description

| | | |
|---|---|---|
| __Pensacola__ | __FL__ | __32501-0000__ |
| City | State | ZIP Code |

__Escambia__

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,000.00 | $51,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1  **David Aldean Everritt**
Case number *(if known)*   **16-30531**

**If you own or have more than one, list here:**

1.16

**516 W. Strong Street**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola        FL     32501-0000**
City            State       ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$85,000.00** | **$85,000.00** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Escambia**
County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.17

**518 West Strong Street**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Pensacola        FL     32501-0000**
City            State       ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$56,000.00** | **$56,000.00** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

**Escambia**
County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **David Aldean Everritt**                                                    Case number *(if known)*   **16-30531**

---

**1.18**

### If you own or have more than one, list here:

**500 W. Gregory Street**
<span style="font-size:small">Street address, if available, or other description</span>

**Pensacola**        **FL**    **32502-0000**
City                 State    ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$77,000.00** | **$77,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.19**

### If you own or have more than one, list here:

**625 W Lloyd Street**
<span style="font-size:small">Street address, if available, or other description</span>

**Pensacola**        **FL**    **32501-0000**
City                 State    ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,000.00** | **$46,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1 __David Aldean Everritt__

Case number (If known) __16-30531__

---

**1.2 0**

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

711 W. Gonzalez Street
Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

Pensacola          FL     32501-0000
City          State     ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $33,000.00 | $33,000.00 |

**Who has an interest in the property?** Check one

Escambia
County

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**1.2 1**

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

811 W. Mallory Street
Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

Pensacola          FL     32501-0000
City          State     ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $57,000.00 | $57,000.00 |

**Who has an interest in the property?** Check one

Escambia
County

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Official Form 106A/B

Schedule A/B: Property

page 11

Debtor 1   **David Aldean Everritt**                                        Case number *(if known)*   **16-30531**

## 1.2
## 2

| If you own or have more than one, list here: | | |
|---|---|---|

**900 North Pace Blvd.**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$58,000.00** | **$58,000.00** |

**Pensacola**     **FL**     **32501-0000**
City               State      ZIP Code

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

**Escambia**
_____
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

## 1.2
## 3

| If you own or have more than one, list here: | | |
|---|---|---|

**1011 N. A Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$76,000.00** | **$76,000.00** |

**Pensacola**     **FL**     **32501-0000**
City               State      ZIP Code

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Escambia**
_____
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **David Aldean Everritt**                                                  Case number *(if known)*    **16-30531**

**1.2 4**

**If you own or have more than one, list here:**

**1017 N Devilliers St**

Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,000.00** | **$54,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**1.2 5**

**If you own or have more than one, list here:**

**1121 N. Devilliers**

Street address, if available, or other description

| | | |
|---|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,000.00** | **$54,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **David Aldean Everritt**                                      Case number *(if known)*   **16-30531**

1.2 6

**2000 N. Barcelona St**
Street address, if available, or other description

**Pensacola**          **FL**      **32501-0000**
City                          State        ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$70,000.00** | **$70,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.2 7

**911 N. Devilliers**
Street address, if available, or other description

**Pensacola**          **FL**      **32501-0000**
City                          State        ZIP Code

**Escambia**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$67,000.00** | **$67,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*  **16-30531**

**1.28**

**If you own or have more than one, list here:**

**709 W. Gonzalez Street**

Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**1.29**

**If you own or have more than one, list here:**

**907 N. Devilliers St.**

Street address, if available, or other description

| | |
|---|---|
| **Pensacola** | **FL** | **32501-0000** |
| City | State | ZIP Code |

**Escambia**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$80,000.00** | **$80,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **David Aldean Everitt**                                                   Case number *(if known)*    **16-30531**

**1.30**

## If you own or have more than one, list here:

**1002 Devilliers**

Street address, if available, or other description

**Pensacola**          **FL**    **32501-0000**

City                  State    ZIP Code

**Escambia**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

---

**1.31**

## If you own or have more than one, list here:

**Devilliers/Gonzalez Lot**

Street address, if available, or other description

**Pensacola**          **FL**    **32501-0000**

City                  State    ZIP Code

**Escambia**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,625.00** | **$35,625.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

---

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

**If you own or have more than one, list here:**

1.3
2

**5118 Deep Bayou Drive**
Street address, if available, or other description

| | | |
|---|---|---|
| **Panama City** | **FL** | **00000-0000** |
| City | State | ZIP Code |

**Bay**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**31.  PROPERTY ADDED: The Debtor owns one-half of a future, non-possessory remainder interest in the property owned by Debtor's father located at 5118 Deep Bayou Drive, Panama City, Florida.  Because this is a future nonpossessory interest, no present value has been assigned to this interest.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Remainder**

☐ Check if this is community property (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>    **$1,920,825.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | | |
|---|---|---|
| Make: | **BMW** | |
| Model: | **2002** | |
| Year: | **1973** | |
| Approximate mileage: | | **94530** |
| Other information: | | |
| **Not Running/ Rust** | | |

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

| 3.2 | | |
|---|---|---|
| Make: | **Buick** | |
| Model: | **Super** | |
| Year: | **1957** | |
| Approximate mileage: | | **57684** |
| Other information: | | |

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,500.00** | **$6,500.00** |

---

Debtor 1    **David Aldean Everritt**                                        Case number *(if known)*   **16-30531**

| 3.3 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3 Make: **Cadillac**
Model: **Escalade**
Year: **2003**
Approximate mileage: **197210**
Other information:
**used for Personal and Business**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$5,000.00**                            **$5,000.00**

---

3.4 Make: **Chevrolet**
Model: **Express 2500**
Year: **2003**
Approximate mileage: **246000**
Other information:
**Business**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$1,700.00**                            **$1,700.00**

---

3.5 Make: **Ford**
Model: **Box Truck**
Year: **1992**
Approximate mileage: **126000**
Other information:
**Business (was unable to pull value from Kelly Blue Book or NADA Guides)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$1,000.00**                            **$1,000.00**

---

3.6 Make: **Dodge**
Model: **B350**
Year: **1992**
Approximate mileage: **278000**
Other information:
**Business**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$650.00**                              **$650.00**

---

3.7 Make: **Chevrolet**
Model: **Corvair**
Year: **1966**
Approximate mileage: **76000**
Other information:
**Monza**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$3,500.00**                            **$3,500.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...............................................................=>    **$20,850.00**

**Part 3:**  Describe Your Personal and Household Items

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| |
|---|
| **222 East Government Street  (residence- owned by East Hill Properties):**<br>Couch and Loveseat: $300.00<br>Living room chairs(3): $75.00<br>End Tables (1): $20.00<br>Washer: $100.00<br>Dryer: $100.00<br>Sewing machine: $25.00<br>Microwave: $25.00<br>Toaster oven: $30.00<br>Vacuum cleaner: $200.00<br>Coffee Maker: $25.00<br>Lawn Mower: $200.00<br>Pots, pans, etc. : $25.00<br>Dishes & Flatware: $25.00<br>Linens & Towels:$20.00<br>Night Stands(2): $50.00<br>Bar stools (2): $300.00<br>Chairs (5): $200.00<br>refrigerator: $350.00<br>Entertainment Center/TV Stand: $275.00<br>Coffee Table: $150.00<br>Lamps (7): $125.00<br>Office Furniture: $100.00<br>Organ: $300.00<br>Clocks (12): $300.00<br>Dining Table: $300.00<br>Dining Chairs (2): $50.00<br>Bedroom Lamps (17): $200.00<br>Chest-of-Drawers: $100.00<br>Queen Bed: $150.00<br>King bed: $500.00<br>Garage Tools (1 Drill, 1 Multi-tool kit): $150.00<br>Patio Furniture: $250.00<br>Misc furniture (Umbrella Stand, 4 book cases, 7 mirrors, assorted rugs) $1200.00 |

$5,950.00

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*    **16-30531**

**424/1002 Devilliers (Duplex)**
**424- Appliances only**
**1002 - Fully Furnished:**
**Coach**
**Living Room Chair**
**2 stackable washer and dryer combos**
**2 microwaves**
**Pots, pans, etc.- 1 set**
**Dishes & Flatware- 1 set**
**Linens & Towels - 1 set**
**Refriegators (2)**
**Entertainment Center/TV Stand**
**Lamps (2)**
**Desk**
**Office Chair**
**Dining Table**
**4 Chairs**
**Hutch**
**Double Bed**
**Queen Bed**
**Bedroom Lamps (3)**
**Chest-of_Drawers**
**Patio Set**                                                                              Unknown

**500 W. Gregory Street- Appliances only**
**2 Washer/Dryer Stackable combos**
**2 Microwaves**
**2 refrigerators**                                                                        Unknown

**514 Gonzalez – Appliances only**
**Washer/Dryer Stack**
**Microwave**
**Refrigerator**                                                                           Unknown

**516 Unit A West Strong St:**
**Appliances only**
**Washer**
**Dryer**
**Refrigerator**                                                                           Unknown

**516 Unit B West Strong St:**
**Couch**
**Living Room Chair**
**2 End Tables**
**Washer**
**Dryer**
**Microwave**
**1 set pots, pans, etc.**
**1 set dishes and flatware**
**1 set linens & towels**
**Refrigerator**
**TV Stand**
**Queen Bed**
**Chest-of-Drawers**
**Patio Set**                                                                              Unknown

Debtor 1    **David Aldean Everritt** _____    Case number *(if known)*  **16-30531**

518 Strong Street Units A & B:
Washer (1)
Dryer (1):
1 stackable washer and dryer
Refrigerators (2)
Misc. Furniture                                                                    Unknown

520 West Strong Street
Washer
Dryer
Refrigerator                                                                       Unknown

625 Lloyd Street:
Washer/Dryer Stack
Microwave
Refrigerator                                                                       Unknown

709 W. Gonzalez
Washer/Dryer stack
Microwave
Refrigerator                                                                       Unknown

711 Gonzalez:
Washer
Dryer
Microwave
Refrigerator                                                                       Unknown

811 Mallory Street A & B:
Washer/Dryer Stack (2)
Microwave (2)
Refrigerator (2)                                                                   Unknown

900 N. Pace Blvd A&B:
Washer/Dryer stack (2)
Microwave (2)
Refrigerator (2)
Misc Furniture                                                                     Unknown

901 N. Devilliers Street A,B & C:
Washer/Dryer stack (3)
Microwave (3)
Refrigerator (3)
Misc Furniture                                                                     Unknown

903 N. Devilliers St.:
Washer
Dryer
Microwave
Refrigerator                                                                       Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

Debtor 1    **David Aldean Everritt**                                        Case number *(if known)*  __16-30531__

907 N. Devilliers:
Washer
Dryer
Microwave
Refrigerator

Unknown

909 N. Devilliers:
Washer
Dryer
Microwave
Refrigerator

Unknown

911 N. Devilliers Street A & B:
Washer/Dryer Stack (2)
Microwaves (2)
Refrigerator (2)
Misc. Furniture

Unknown

923 N. Devilliers A & B:
Washer
Dryer
Microwaves (2)
Refrigerators (2)
Misc. Furniture

Unknown

1005 N. Devilliers A & B:
Washer
Dryer
Washer/Dryer Stack
Microwaves (2)
Refrigerators (2)
Misc. Furniture

Unknown

1011 A Street:
Washer/dryer stack
Microwave
Refrigerator

Unknown

1013 N. Devilliers Street
Washer/Dryer stack
Microwave
Refrigerator

Unknown

1015 N. A Street
Washer/dryer Stack
Microwave
Refrigerator

Unknown

1017 1/2 N. Devilliers A & B
Washer/Dryer Stack (2)
Microwave (2)
Refrigerator (2)
Misc. Furniture

Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **David Aldean Everritt**                                  Case number *(if known)*    **16-30531**

---

**1019 N. Devilliers Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**                                                                          **Unknown**

---

**1020 N. Reus Street:**
**Washer**
**Dryer**
**Microwave**
**Refrigerator (2)**
**Pictures**
**Misc. Furniture**                                                                       **Unknown**

---

**1023 N. Devilliers Street**
**Washer/Dryer Stack (5)**
**Microwave (5)**
**Refrigerator (5)**                                                                      **Unknown**

---

**1119 N. Devilliers Street**
**Washer/dryer Stack**
**Microwave**
**refrigerator**                                                                          **Unknown**

---

**1121 N. Devilliers Street**
**Washer/Dryer Stack**
**Microwave**
**Refrigerator**                                                                          **Unknown**

---

**1206 N. Devilliers Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**                                                                          **Unknown**

---

**2000 Barcelona Street**
**Washer**
**Dryer**
**Microwave**
**Refrigerator**                                                                          **Unknown**

---

**7. Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No
   ■ Yes. Describe.....

**222 E. Government Street:**
**1 Computer and 1 Tablet: $150.00**
**2 Faux Antique Radios: $50.00**
**Stereo: $150.00**
**Television: $50.00**
**DVD/Blu-Ray: $20.00**
**Cell Phone: $50.00**                                                                    $470.00

---

Debtor 1    **David Aldean Everritt**                              Case number *(if known)*   **16-30531**

| | |
|---|---|
| **516 Unit B West Strong Street-**<br>**Television**<br>**DVD/Blu-Ray** | **Unknown** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Cameras:**<br>**Canon EOS 70D: $100.00**<br>**Canon 1200: $100.00** | **$200.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Glock 380**<br>**Smith & Wesson 9 MM**<br>**Smith & Wesson 380** | **$500.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **22 Shirts, 13 Slacks, 11 Shorts, 25 Shoes, Assorted Tshirts,**<br>**undergarments** | **$50.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| | |
|---|---|
| **Pictures (56): $500.00**<br>**CDs/DVDs/Blu-Rays (192): $200.00**<br>**Books (150): $100.00**<br>**Art Objects: $35.00** | **$835.00** |

| | |
|---|---|
| **Anytime Fitness - Gym membership - $45.00 a month** | **$0.00** |

Debtor 1    **David Aldean Everritt**                                    Case number *(if known)*   **16-30531**

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here ..........................................................................................

| | |
|---|---|
| | **$8,005.00** |

---

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ■ No
     ☐ Yes.......................................................................................................

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
     institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes.......................          Institution name:

| | | |
|---|---|---|
| 17.1. | **Bank of America** | $19.27 |
| 17.2. | **Applied Bank** | $1,310.16 |

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................          Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
     joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................
            Name of entity:                              % of ownership:

| | | | |
|---|---|---|---|
| **North Hill Properties, LLC - Real Estate Holding** | 4 | % | Unknown |
| **Red Door Property, LLC - Real Estate Brokerage** | 100 | % | Unknown |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them.
            Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
            Type of account:          Institution name:

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ......................          Institution name or individual:

---

Official Form 106A/B                              Schedule A/B: Property                                    page 25

| Debtor 1 | **David Aldean Everitt** | Case number *(if known)* | **16-30531** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Life Insurance - Term - No cash value** | | **$0.00** |
| **Life Insurance - Term- No Cash Value** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

Debtor 1 **David Aldean Everritt**                                    Case number *(if known)* **16-30531**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................

| $1,329.43 |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| Pressure Washer: $100.00<br>Misc. Yard Tools $20.00<br>Mower $50.00<br>Weed Eater $15.00<br>Hedge Trimmer - $15.00<br>Edger- $15.00<br>3 Chainsaws: $60.00<br>Misc. Hand Tools (Hammers, Saw, Compressor, etc) $20.00 | $295.00 |
|---|---|

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
                 Name of entity:                              % of ownership:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    __David Aldean Everritt__                                Case number (if known)   __16-30531__

**43. Customer lists, mailing lists, or other compilations**
- ☑ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   - ☑ No
   - ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................................    | $295.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................    | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

| | | | |
|---|---|---:|---:|
| 55. | Part 1: Total real estate, line 2 ........................................................................................ | | $1,920,825.00 |
| 56. | Part 2: Total vehicles, line 5 | $20,850.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $8,005.00 | |
| 58. | Part 4: Total financial assets, line 36 | $1,329.43 | |
| 59. | Part 5: Total business-related property, line 45 | $295.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $30,479.43 | Copy personal property total    $30,479.43 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | $1,951,304.43 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy