# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

In re:

David Aldean Everett                          Case No.: 16-30531-JCO
                                              Chapter 11

      Debtor

---

### DEBTOR'S NOTICE OF FILING APPRAISAL REPORT PURSUANT TO RULE 3012-1 (D) (520 W. Strong Street)

---

In accordance with Rule 3012-1(D) of the Local Rules of the United States Bankruptcy Court for the Northern District of Florida, Debtor-in-Possession, David Aldean Everett, through counsel, hereby gives notice of filing the appraisal report of 520 West Strong Street, attached hereto.


J. Steven Ford
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 S. Palafox Street
Pensacola, FL 32502
(850) 438-1111 Telephone
(850) 432-8500 Facsimile
jsf@whsf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Jason Egan, United States Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida 32301, and the following creditors by electronic mail through CM/ECF this _____6th____ day of October, 2017.

J. STEVEN FORD, ESQUIRE

CM/ECF Electronic Mailing:

Rachel Ahlum on behalf of Creditor Ditech Financial LLC
ecfflnb@aldridgepite.com, rahlum@aldridgepite.com

Rachel Ahlum on behalf of Creditor Wells Fargo Bank, N.A.
ecfflnb@aldridgepite.com, rahlum@aldridgepite.com

Robert Alexander Andrade on behalf of Creditor Escambia County Tax Collector
aandrade@mhw-law.com

Philip Alan Bates on behalf of Creditor Synovus Bank
pbates@philipbates.net,
swalton@philipbates.net;wwest@philipbates.net;dwatts@philipbates.net

Stefan Beuge on behalf of Creditor Hsbc Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Et.Al
FLND.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Stefan Beuge on behalf of Creditor US Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust
FLND.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Adam Alexander Diaz on behalf of Creditor Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee

adiaz@shdlegalgroup.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

J. Steven Ford on behalf of Debtor David Aldean Everritt
jsf@whsf-law.com

Jeffrey Fraser on behalf of Creditor HSBC Bank USA, National Association as
Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4
bkfl@alaw.net

Neisi I. Garcia Ramirez on behalf of Creditor WELLS FARGO BANK, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Spencer Gollahon on behalf of Creditor Citi US Bank National Association
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Spencer Gollahon on behalf of Creditor CitiMortgage, Inc.
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Spencer Gollahon on behalf of Creditor Ditech Financial LLC
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Teresa M. Hair on behalf of Creditor Wells Fargo Bank, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Marian Grace Kennady on behalf of Creditor Ocwen Loan Servicing LLC
bankruptcy@vanlawfl.com

Brandi Rainey Lesesne on behalf of Creditor WELLS FARGO BANK, N.A.
ecfflnb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Kenneth W. Lockwood on behalf of Creditor U.S. BANK NA, AS TRUSTEE,
SUCCESSOR IN INTEREST TO WACHOVIA BANK, NA, AS TRUSTEE FOR

WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2002-1
bk@exllegal.com

Kenneth W. Lockwood on behalf of Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-4
bk@exllegal.com

Wanda Deborah Murray on behalf of Creditor Ditech Financial LLC
ecfflnb@aldridgepite.com, wmurray@ecf.inforuptcy.com

Austin Matthew Noel on behalf of Creditor Deutsche Bank National Trust Company
bkfl@buckleymadole.com

Austin Matthew Noel on behalf of Creditor HSBC Bank USA, National Association
bkfl@buckleymadole.com

Austin Matthew Noel on behalf of Creditor Morgan Stanley Mortgage Loan Trust
bkfl@buckleymadole.com

Austin Matthew Noel on behalf of Creditor Specialized Loan Servicing LLC
bkfl@buckleymadole.com

Steven Gerald Powrozek on behalf of Creditor HSBC Bank USA, National Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Steven Gerald Powrozek on behalf of Creditor U.S. Bank National Association
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Maya Rubinov on behalf of Creditor Towd Point Master Funding Trust REO, by U.S. Bank Trust National Association, as Trustee
MRubinov@shdlegalgroup.com

Christopher P Salamone on behalf of Creditor Federal National Mortgage Association
bkyecf@rasflaw.com, csalamone@rasflaw.com;ras@ecf.courtdrive.com

Nirvani Devi Sarabjit on behalf of Creditor Wells Fargo Bank, N.A.
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Margaret Thomas Stopp on behalf of Creditor Escambia County Tax Collector
mstopp@mhw-law.com, jpinette@mhw-law.com;tstokes@mhw-law.com

ReShaundra Marie Suggs on behalf of Creditor Ocwen Loan Servicing LLC
bkcmecf@cosplaw.com, tbougouneau@cosplaw.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Sarah St John Walton on behalf of Creditor Synovus Bank
swalton@philipbates.net,
pbates@philipbates.net;wwest@philipbates.net;abridges@philipbates.net

Jason A. Weber on behalf of Creditor Bayview Loan Servicing, LLC
jweber@sirote.com, aravix@sirote.com

Mariam Zaki on behalf of Creditor Towd Point Master Funding Trust REO, by
U.S. Bank Trust National Association, as Trustee
MZaki@erwlaw.com, BankruptcyECF@erwlaw.com

Daniel A. Ryland

## Uniform Residential Appraisal Report

File # 171002

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately, supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address | 520 W Strong St    City Pensacola    State FL    Zip Code 32501 |
| Borrower | David Everitt    Owner of Public Record David Everitt    County Escambia |
| Legal Description | E 30 FT OF LTS 1 2 3 BLK 71 BELMONT NUMBERING OR 4345 P 1418 CA 94 |
| Assessor's Parcel # | 000S009010013071    Tax Year 2016    R.E. Taxes $ 819 |
| Neighborhood Name | Belmont Tract / North Hill Highlands    Map Reference 37860    Census Tract 0005.00 |

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD    HOA $ 0    ☐ per year    ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market Value for Litigation

Lender/Client Dave Everitt    Address 1020 N. Reus St. Pensacola, FL 32501

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). PARMLS, Public Records.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No    Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

### Neighborhood Characteristics

| | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit 70 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | 45 Low 4 | | 2-4 Unit 3 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 450 High 110 | | Multi-Family 2 % |
| | | | | | 135 Pred. 40 | | Commercial 10 % |
| | | | | | | | Other 15 % |

Neighborhood Boundaries    NORTH - Fairfield Dr. SOUTH - Pensacola Bay EAST - Bayou Texar WEST - Pace Blvd.

(Present Land Use Other refers to Vacant/Undeveloped Land)

Neighborhood Description    Inspection of the site and immediate area revealed no conditions that would adversely effect market demand. The neighborhood is immediately NE downtown Pensacola. North Hill is a historic residential district. The area is convenient to downtown and necessary supporting facilities. Commercial properties in the area are located along major streets. They do not appear to adversely affect residential values. (Present Land Use; "Other" refers to Vacant or Undeveloped Land)

Market Conditions (including support for the above conclusions)    OFHEO (HUD) statistics indicate that housing prices in the Pensacola, FL market has increased 6.61% in the past 12 months and increased 20.47% in the past 5 years. This appear relatively consistent with MLS data indications. Property values have been increasing gradually but steadily. An analysis of the available market data for the past 6 months does not appear to support time adjustments either positive or negative.

| | | | | | |
|---|---|---|---|---|---|
| Dimensions | 30 x 120 | Area 3600 sf | Shape Rectangular | View N;Res; | |
| Specific Zoning Classification | R1A | Zoning Description Residential | | | |
| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No    If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 12033C0390G    FEMA Map Date 09/29/2006

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No    If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No    If Yes, describe

No apparent adverse easements, encroachments or environmental conditions were noted during inspection of the property. To the east of the subject property is an ingress, egress easement. This easement provides access to parking behind the home. Because this easement is not part of the parcel (000S009010013071) and not within the legal description, this easement is not considered part of the subject property and not included in the value estimate.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | OffGrade,Pier&Beam/A | Floors | Wood/Avg |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Vinyl/Avg | Walls | Drywall/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | Comp.Shingle/Avg | Trim/Finish | Wood/Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | None | Bath Floor | Tile/Avg |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | DP,Vinyl/Avg | Bath Wainscot | Tile/Avg |
| Year Built 1928 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | None | Car Storage ☒ None | |
| Effective Age (Yrs) 35 | | ☐ Dampness ☐ Settlement | | Screens | Screens/Avg | ☐ Driveway # of Cars 0 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | |
| ☒ Drop Stair ☐ Stairs | | ☐ Other Fuel Electric | | ☐ Fireplace(s) # 0 ☐ Fence None | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Cov. ☐ Porch Front | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other None | | ☐ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 5 Rooms    2 Bedrooms    1 Bath(s)    1,114 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    Front porch, central heat and A/C, high ceilings, hardwood floors. This property is a single family residence. Behind the home is a covered patio/carport.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C4;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;The overall condition of the home is considered average. There is no apparent need for repairs. This property conforms to FHA/VA minimum property standards.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No    If Yes, describe

No adverse physical conditions were noted.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No    If No, describe

The size, quality, and design are similar to other homes in the neighborhood. No functional obsolescence was noted.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report
File # 171002

There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 50,000 to $ 199,900.
There are **24** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 54,900 to $ 200,000.

| FEATURE | SUBJECT | COMPARABLE SALE #1 | +(-) $ Adjustment | COMPARABLE SALE #2 | +(-) $ Adjustment | COMPARABLE SALE #3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 520 W Strong St / Pensacola, FL 32501 | 514 W Wright St / Pensacola, FL 32501 | | 1215 N C St / Pensacola, FL 32501 | | 114 N E St / Pensacola, FL 32502 | |
| Proximity to Subject | | 0.40 miles S | | 0.29 miles NW | | 0.63 miles SW | |
| Sale Price | $ | $ 104,500 | | $ 116,500 | | $ 105,900 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 85.80 sq.ft. | | $ 107.87 sq.ft. | | $ 106.33 sq.ft. | |
| Data Source(s) | | PARMLS#508162;DOM 17 | | PARMLS#510085;DOM 67 | | PARMLS#509905;DOM 62 | |
| Verification Source(s) | | Tax Records/Exterior Inspection | | Tax Records/Exterior Inspection | | Tax Records/Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth / FHA;0 | | ArmLth / FHA;3898 | -3,898 | ArmLth / Cash;0 | |
| Date of Sale/Time | | s01/17;c11/16 | | s03/17;c02/17 | | s03/17;c02/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3600 sf | 4500 sf | | 10,000 sf | -5,000 | 6750 sf | -3,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Traditional | DT1;Traditional | | DT1;Traditional | | DT1;Traditional | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 89 | 108 | +1,900 | 69 | -2,000 | 81 | -800 |
| Condition | C4 | C4 | | C4 | | C4 | |
| Above Grade Room Count | Total 5 / Bdrms. 2 / Baths 2.0 | Total 5 / Bdrms. 3 / Baths 2.0 | -1,000 | Total 5 / Bdrms. 3 / Baths 1.0 | 0 | Total 4 / Bdrms. 2 / Baths 1.0 | +1,000 |
| Gross Living Area | 1,114 sq.ft. | 1,218 sq.ft. | -2,600 | 1,080 sq.ft. | 0 | 996 sq.ft. | +3,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | CFA/CFA | CFA/CFA | | CFA/CFA | | CFA/CFA | |
| Energy Efficient Items | Insulated Windows | Insulated Windows | | Insulated Windows | | Insulated Windows | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Front Porch | Front Porch | | Sm. Cov. Entry | +1,000 | Front Porch | |
| Additional Features | Cov. Patio | Shed | 0 | Fence | 0 | Fence | 0 |
| Net Adjustment (Total) | | [ ] + [X] - | $ -1,700 | [ ] + [X] - | $ -9,898 | [X] + [ ] - | $ 200 |
| Adjusted Sale Price of Comparables | | Net Adj 1.6% / Gross Adj 5.3% | $ 102,800 | Net Adj 8.5% / Gross Adj 10.2% | $ 106,602 | Net Adj 0.2% / Gross Adj 7.4% | $ 106,100 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) Public Records
My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | 05/11/2016 | |
| Price of Prior Sale/Transfer | | | $35,000 | |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | 10/05/2017 | 10/05/2017 | 10/05/2017 | 10/05/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales    A prior sale of comparable #2 is noted above this property was purchase in "fair" condition. Improvements were made to the property and it was resold. No other recent recorded sales or listings were noted.

Summary of Sales Comparison Approach    Comparable #1 exceeds 6 months since the date of sale but is within the FNMA one year requirement. The cited comparable sales bracket the subject in size and age. All are similar in condition and overall quality. All are in close proximity. The seller of comparable #3 paid most of the "buyer" closing cost (ie seller concession). Many sales were considered in the market analysis and value estimate. The cited sales are the best available for comparison.

Indicated Value by Sales Comparison Approach $ 106,000

Indicated Value by: Sales Comparison Approach $ 106,000    Cost Approach (if developed) $ 107,059    Income Approach (if developed) $ 120,450

The sales comparison approach is considered to provide the best indication of market value as it measures the actions of buyers and sellers in the market. The cost approach and the income approach are provided but given less consideration. Any relevant approach to value not provided in this report is available to the client upon request.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 106,000, as of 10/04/2017, which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # 171002

**ADDITIONAL COMMENTS**

Market Conditions: OFHEO (HUD) statistics indicate that housing prices in the Pensacola, FL market area has increased 6.61% in the past 12 months and increased 20.47% in the past 5 years. MLS statistics cited in the MC Addendum suggest that the median sales price and listing prices have increased slightly over the past 12 months. The list to sale ratio is approximately 98.4%. MLS data cited in the MC addendum suggest that the average marketing time (ie days on market) is currently approximately 120 days for competitively priced homes. In the opinion of the appraiser an analysis of the available market data for the past 6 months does not support time adjustments either positive or negative. At this time this market is considered relatively stable. An in depth analysis considering more sales from the broader market indicates fluctuations in the median sales price but no clearly defined trend in sales prices over the past 180 days. Seller contributions to closing cost appear stable in the range of 2% to 3%. A portion of the closing cost has historically been paid by the seller. This is typical in this market and is not considered a "seller concession". *I have considered relevant competitive listings/contract offerings in performing this appraisal, and any trend indicated by that data is supported by the listing/offering information included in this report.*

Scope of Work: The scope of this analysis is limited to the GLA of the subject property +/- 20% and properties within two miles proximity. The Market Conditions Addendum to the Appraisal Report (1004 MC) requires the appraiser to analyze sales and listings that compete with the subject property. The neighborhood section on pg. 1 of the URAR requires the appraiser to analyze the market on a broader scale. Consequently, the neighborhood section of the report may not completely coincide with the 1004 MC. Data regarding market conditions, the subject property and comparable properties cited in this report was obtained from several sources generally considered to be comprehensive and suitable for residential appraisals. These sources include the Pensacola Association of Realtors Multiple Listing Service, Escambia County Property Appraisers Office and the County Clerk of Courts [deed room]. Any relevant approach to value not provided in this report is available to the client upon request. This appraisal was made to determine the reasonable value of the property. It must not be considered a building inspection. The appraiser can not guarantee that the home will be satisfactory in all respects or that the equipment will operate properly.

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Estimated site value is supported with vacant land sales.

The value estimate that is the result of the appraisal and does not infer or guarantee any insurable value or that the subject property will be fully insurable against loss. The appraiser assumes no liability for any loses that may be sustained as a result of any unintended use of this appraisal report or it's content.

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 35,000 |
|---|---|---|---|
| Source of cost data   Marshall & Swift | DWELLING   1,114 Sq.Ft. @ $ 106.42 | =$ | 118,552 |
| Quality rating from cost service   Avg   Effective date of cost data   12/30/2016 | Porch   158 Sq.Ft. @ $ 27.89 | =$ | 4,407 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Appliances | ...... =$ | 2,100 |
| Cost estimates are supported by Marshall and Swift. Depreciation is estimated using | Garage/Carport   Sq.Ft. @ $ | ...... =$ | |
| the Modified Age/Life Method. Due to the inherent difficulty of estimating accrued | Total Estimate of Cost-New | ...... =$ | 125,059 |
| physical depreciation and market resistance to design features common in older | Less   Physical   Functional   External | | |
| homes relative to current market trends, the cost approach is considered less | Depreciation   58,000 | =$( | 58,000) |
| effective when appraising older homes. | Depreciated Cost of Improvements | ...... =$ | 67,059 |
| | *As-is* Value of Site Improvements | ...... =$ | 5,000 |
| Estimated Remaining Economic Life (HUD and VA only)   40   Years | INDICATED VALUE BY COST APPROACH | ...... =$ | 107,059 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

| Estimated Monthly Market Rent $   1095   X Gross Rent Multiplier   110   = $   120,450 | Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)    Actual rents for the subject property appear higher than typical for this market area. A higher than usual vacancy rate may be anticipated. The GRM is market extracted. A GRM in the range of 89.33 to 122.91 is indicated but the analyzed comparable sales.

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

File # 171002

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 171002

APPRAISER'S CERTIFICATION:    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # 171002

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | VA Appraiser # 3170593 | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|---|
| Signature | *Daniel A Ryland* | Signature |
| Name | Daniel A. Ryland | Name |
| Company Name | Daniel A. Ryland | Company Name |
| Company Address | P.O. Box 9391 | Company Address |
| | Pensacola, FL 32513 | |
| Telephone Number | (850) 712-9901 | Telephone Number |
| Email Address | DanRyland@cox.net | Email Address |
| Date of Signature and Report | 10/05/2017 | Date of Signature |
| Effective Date of Appraisal | 10/04/2017 | State Certification # |
| State Certification # | CERT.RES.RD1600 | or State License # |
| or State License # | | State |
| or Other (describe) | State # | Expiration Date of Certification or License |
| State | FL | |
| Expiration Date of Certification or License | 11/30/2018 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

520 W Strong St
Pensacola, FL 32501
APPRAISED VALUE OF SUBJECT PROPERTY $    106,000

LENDER/CLIENT

Name    No AMC
Company Name    Dave Everitt
Company Address    1020 N. Reus St. Pensacola, FL 32501

Email Address    1luckydevil@bellsouth.net

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No.   171002

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

#### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

#### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

#### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

#### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

#### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

#### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

#### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

#### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from custom plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

### UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

## USPAP Compliance Addendum

Loan #
File # 171002

| | |
|---|---|
| Borrower | David Everitt |
| Property Address | 520 W Strong St |
| City | Pensacola |
| County | Escambia |
| State | FL |
| Zip Code | 32501 |
| Lender/Client | Dave Everitt |

### APPRAISAL AND REPORT IDENTIFICATION

This appraisal Report is one of the following types:

☒ Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

The intended use of this appraisal report is to evaluate the property which is the subject of this appraisal for litigation. The stated scope of work and definition of value is specific to this intended use. No other use is intended. This appraisal report is intended for use only by the client. Use of this report by others is not intended by the appraiser, Daniel A. Ryland, State-Certified Residential R E Appraiser RD1600. This appraisal is not intended for mortgage loan origination and may not comply with FNMA lending guidelines in all respects.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

### PRIOR SERVICES

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

☐ I have NOT made a personal inspection of the property that is the subject of this report.

☒ I HAVE made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements: Data regarding market conditions, the subject property and comparable properties was obtained from several sources considered to be comprehensive and suitable for residential appraisals. Sources include local Multiple Listing Services, the Property Appraisers Office and the County Clerk of Courts [deed room]. Exposure time is estimated to be 120 days. Exposure time is a retrospective opinion and is defined as "The estimated length of time that the property being appraised would have been exposed to the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal". Effective age is an appraisal concept meaning the apparent age of improvements to real property based on wear and tear rather than the chronological age. Effective age is based on the amount of wear and tear it has sustained. Contrast with actual age, which is the age of the improvements since the date of construction.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is 120 day(s) utilizing market conditions pertinent to the appraisal assignment.

☒ A reasonable exposure time for the subject property is 120 day(s).

### APPRAISER

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature: *Daniel A Ryland* | Signature: |
| Name: Daniel A. Ryland | Name: |
| Date of Signature: 10/05/2017 | Date of Signature: |
| State Certification #: CERT.RES.RD1600 | State Certification #: |
| or State License #: | or State License #: |
| State: FL | State: |
| Expiration Date of Certification or License: 11/30/2018 | Expiration Date of Certification or License: |
| | Supervisory Appraiser Inspection of Subject Property |
| Effective Date of Appraisal: 10/04/2017 | ☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior |

Form ID14EC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Market Conditions Addendum to the Appraisal Report

File No.  171002

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 520 W Strong St | City | Pensacola | State | FL | ZIP Code | 32501 |

Borrower  David Everitt

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales or listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 7 | 6 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 2.33 | 2.00 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 8 | 8 | 10 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.4 | 3.4 | 5.0 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 105,900 | 134,900 | 145,950 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 30 | 10 | 21 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 121,000 | 129,450 | 127,400 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 55 | 96 | 38 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.11 | 100 | 98.40 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | | ☒ Yes  ☐ No | ☐ Increasing | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller contributions to closing cost appear stable in the range of 2% to 3%. A portion of the closing cost has historically been paid by the seller. This is typical in this market and is not considered a "seller concession".

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).
Foreclosures are becoming less of a factor in the overall Pensacola market. However, over the past 12 months foreclosures, short sales and distress sales have represented approximately 11% of the market.  Among the currently active listings bank owned properties and homes advertised as short sales have declined to approximately 4% of the market.  Foreclosures and distress sales appear to be a dimensioning factor in the market.

Cite data sources for above information.    Pensacola Association of Realtors and Emerald Coast Association of Realtors - MLS - Statistics

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
OFHEO (HUD) statistics indicate that housing prices in the Pensacola, FL market area has increased 6.61% in the past 12 months and increased 20.47% in the past 5 years. MLS statistics cited in the MC Addendum suggest that the median sales price and listing prices have increased slightly over the past 12 months.  MLS data cited in the MC addendum suggest that the average marketing time (ie days on market) is currently approximately 120 days for competitively priced homes. In the opinion of the appraiser an analysis of the available market data for the past 6 months does not support time adjustments either positive or negative. At this time this market is considered relatively stable. An in depth analysis considering more sales from the broader market indicates fluctuations in the median sales price but no clearly defined trend in sales prices over the past 180 days. Seller contributions to closing cost appear stable in the range of 2% to 3%. A portion of the closing cost has historically been paid by the seller. This is typical in this market and is not considered a "seller concession".  "I have considered relevant competitive listings/contract offerings in performing this appraisal, and any trend indicated by that data is supported by the listing/offering information included in this report."

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | Signature |
|---|---|
| Appraiser Name  Daniel A. Ryland | Supervisory Appraiser Name |
| Company Name  Daniel A. Ryland | Company Name |
| Company Address  P.O. Box 9391, Pensacola, FL 32513 | Company Address |
| State License/Certification #  CERT.RES.RD1600  State  FL | State License/Certification #  State |
| Email Address  DanRyland@cox.net | Email Address |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower | David Everitt | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 520 W Strong St | | | | | | | |
| City | Pensacola | County | Escambia | | State | FL | Zip Code | 32501 |
| Lender/Client | Dave Everitt | | | | | | | |



**Front**

| | |
|---|---|
| 520 W Strong St | |
| Sales Price | |
| Gross Living Area | 1,114 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3600 sf |
| Quality | Q4 |
| Age | 89 |



**Rear**



**Street**

## Interior Photos

| Borrower | David Everitt | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 W Strong St | | | | | | |
| City | Pensacola | | County | Escambia | State | FL | Zip Code | 32501 |
| Lender/Client | Dave Everitt | | | | | | |



**Living Room**



**Kitchen**



**Living Room**



**Bedroom**



**Living Room**



**Bath**



**Living Room**



**Bedroom**



**Bath**

## Comparable Photo Page

| Borrower | David Everitt | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 W Strong St | | | | | | |
| City | Pensacola | County | Escambia | State | FL | Zip Code | 32501 |
| Lender/Client | Dave Everitt | | | | | | |



### Comparable 1

| | |
|---|---|
| 514 W Wright St | |
| Prox. to Subject | 0.40 miles S |
| Sales Price | 104,500 |
| Gross Living Area | 1,218 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 4500 sf |
| Quality | Q4 |
| Age | 108 |



### Comparable 2

| | |
|---|---|
| 1215 N C St | |
| Prox. to Subject | 0.29 miles NW |
| Sales Price | 116,500 |
| Gross Living Area | 1,080 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 sf |
| Quality | Q4 |
| Age | 69 |



### Comparable 3

| | |
|---|---|
| 114 N E St | |
| Prox. to Subject | 0.63 miles SW |
| Sales Price | 105,900 |
| Gross Living Area | 996 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6750 sf |
| Quality | Q4 |
| Age | 81 |

**Building Sketch**

| Borrower | David Everitt | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 W Strong St | | | | | | |
| City | Pensacola | County | Escambia | State | FL | Zip Code | 32501 |
| Lender/Client | Dave Everitt | | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1113.93 Sq ft | 21.9 × 15.1 | = 330.69 |
| | | 24.4 × 32 | = 780.8 |
| | | 0.5 × 24.4 × 0.2 | = 2.44 |
| **Total Living Area (Rounded):** | **1114 Sq ft** | | |
| Non-living Area | | | |
| Open Porch | 158.16 Sq ft | 20 × 7.83 | = 156.52 |
| | | 0.5 × 20 × 0.16 | = 1.64 |

## Location Map

| Borrower | David Everitt | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 W Strong St | | | | | | |
| City | Pensacola | County | Escambia | State | FL | Zip Code | 32501 |
| Lender/Client | Dave Everitt | | | | | | |



**Ariel Site Map**



## Certification

RICK SCOTT, GOVERNOR                                          KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

**LICENSE NUMBER**

RD1600

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2018

RYLAND, DANIEL A
1528 E BLOUNT ST
PENSACOLA        FL 32503



ISSUED:  11/03/2016        DISPLAY AS REQUIRED BY LAW        SEQ #  L1611030001305

DETACH HERE

RICK SCOTT, GOVERNOR                                          KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

**LICENSE NUMBER**

RI23874

The REGISTERED TRAINEE APPRAISER
Named below HAS REGISTERED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2018

GUILLEN, GRACIELA ALEJANDRA
6141 CHABLIS LANE
PENSACOLA        FL 32504

ISSUED:  10/12/2016        DISPLAY AS REQUIRED BY LAW        SEQ #  L1610120002520