UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

DAVID ALDEAN EVERRITT  CASE NO.: 16-30531-JCO
CHAPTER 11

Debtor-in-possession.

---

AMENDMENT TO DEBTOR-IN-POSSESSION'S PLAN OF
REORGANIZATION, PARAGRAPHS 2.32 AND 2.33

---

The Debtor hereby amends Paragraphs 2.32 and 2.33 of Debtor-in-Possession's Plan of Reorganization. This Amendment shall supersede the provisions set forth in the Plan previously filed.

**2.32 Secured Claim of RH FL3, LLC (518 W. Strong St.): Class 32**

RH FL3, LLC, as assignee of Synovus Bank, holds a claim in the amount of $52,927.70 as of June 6, 2016, secured by a second position mortgage on real property located at 518 W. Strong Street, Pensacola, Florida. The property is subject to a first mortgage held by Deutsche Bank with a balance of $113,965.98 as of the date of the filing of the Petition. Pursuant to the Consent Order Conditionally Denying Synovus Banks Motion for Relief from the Automatic Stay (Doc. 267), the property has an agreed value of $152,000.00. Accordingly, after applying the amounts owed on the first mortgage towards the value of the property, RH FL3, LLC

shall have a secured claim for the balance of the equity in the property in the amount of $38,034.02. RH FL3, LLC shall have an unsecured claim for the balance of the debt owed to it to be paid in accordance with the provisions of Class 35, General Unsecured Claims. The secured claim shall be amortized over 30 years with an interest rate of 4.25%. This amount will be adjusted as of the Effective Date to the extent that any principal reduction has occurred due to the payment of adequate protection payments prior to the Effective Date and/or to the extent that any additional amounts are added to the balance owed to the first mortgage holder. The payment amount on this claim shall be $187.00 per month for principal and interest, the first payment to be made on the first day of the first full month after the Effective Date and on the first day of each month thereafter. RH FL3, LLC shall retain its lien on said real property to secure payment of the allowed amount of said secured claim. All other terms and conditions of the note and mortgage except as modified herein, shall remain in full force and effect. Creditor shall retain its lien until the time that the indebtedness owed to RH FL3, LLC is paid in full. This claim is impaired.

**2.33 Secured Claim of RH FL3, LLC (907 N. Devilliers St. and 1119 N. Devilliers St. ): Class 33**

RH FL3, LLC, as assignee of Synovus Bank, holds a claim in the amount of $102,987.91 as of June 6, 2016, secured by a second position mortgage on real property located at 907 N. Devilliers Street and property located at 1119 N. Devilliers St., Pensacola, Florida. Pursuant to the Consent Order Conditionally

Denying Synovus Bank's Motion for Relief from the Automatic Stay (Doc. 267), the values of 907 N. Devilliers and 1119 N. Devilliers are $98,600.00 and $110,000.00, respectively. The properties are subject to first mortgages in favor of Wells Fargo Bank in the amount of $83,742.70 as to 907 N. Devilliers Street and in favor of Ditech in the amount of $56,632.02 as to 1119 N. Devilliers Street for a total of $140,374.72. Accordingly, after applying the amounts owed on the first mortgages towards the value of the properties, RH FL3, LLC shall have a secured claim for the balance of the combined equity in the properties in the amount of $68,225.28. RH FL3, LLC shall have an unsecured claim for the balance of the debt owed to it to be paid in accordance with the provisions of Class 35, General Unsecured Claims. The secured claim shall be amortized over 30 years with an interest rate of 4.25%. This amount will be adjusted as of the Effective Date to the extent that any principal reduction has occurred due to the payment of adequate protection payments prior to the Effective Date and/or to the extent that any additional amounts are added to the balance owed to the first mortgage holders. The payment amount on this claim shall be $377.00 per month for principal and interest, the first payment to be made on the first day of the first full month after the Effective Date and on the first day of each month thereafter. RH FL3, LLC shall retain its lien on said real property to secure payment of the allowed amount of said secured claim. All other terms and conditions of the note and mortgage between RH FL3, LLC and

Debtor, except as modified herein, shall remain in full force and effect. Creditor shall retain its lien until the time that the indebtedness owed to RH FL3, LLC is paid in full. This claim is impaired.

/s/ David Aldean Everritt
DAVID ALDEAN EVERRITT